**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

Job #: 1496143

Attorney: Quinn Emanuel Urquhart & Sullivan, LLP
Address: 295 5th Avenue New York, NY 10016

---

WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee for the Benefit of the Certificateholders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2019 MFP, Commercial Mortgage Pass-Through Certificates, Series 2019-MFP, by and through Situs Holdings, LLC, as Special Servicer under the Trust and Servicing Agreement, dated as of July 18, 2019,

VS

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et al.,

*Plaintiff*

*Defendant*

Case No.: 1:25-cv-01943-UA

Client's File No.:

Court Date:

Date Filed: 03/10/2025

---

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:
Baldeo C. Drepaul, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **3/11/2025**, at **2:16 PM** at: **28 LIBERTY STREET, 42ND FLOOR, NEW YORK, NY 10005** Deponent served the within **Summons in a Civil Action, Complaint with Exhibits, Notices of Appearance, Civil Cover Sheet, Related Case Statement and Rule 7.1 Statement**

On: **MEYER CHETRIT C/O NATIONAL REGISTERED AGENTS**, therein named.

Said documents were conformed with index number and date of filing endorsed thereon.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Joseph McCabe (Intake Specialist) a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☒ **#2 DESCRIPTION**
Sex: Male     Color of skin: White     Color of hair: Blonde     Glasses: Yes
Age: 26-35    Height: 5ft 4inch - 5ft 8inch    Weight: 161-200 Lbs.    Other Features:

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☒ **#5 OTHER**
Served by e-delivery via CT Corporation Portal Upload, Job No. 606280.

---

Sworn to before me on 03/12/2025

LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2027

Baldeo C. Drepaul
License # 2093579-DCA

COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542-DCA