UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Wells Fargo Bank, National Association, <br><br>                                  Plaintiff, <br><br> v. <br><br> JPMorgan Chase Bank, National Association, et al., <br><br>                                  Defendants. | 25-CV-1943 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

On April 29, 2025, the Court held an initial conference in this matter. As stated on the record at the conference, the Court will adopt Plaintiff's proposed case management plan and scheduling order, with amendments as noted.

As agreed at the conference, the deadline of all Defendants to answer, move, or otherwise respond to the Complaint is hereby extended to **June 10, 2025**.

SO ORDERED.

Dated: April 29, 2025
            New York, New York

                                                            _____
                                                            DALE E. HO
                                                            United States District Judge