IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee for the Benefit of the Certificateholders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2019-MFP, Commercial Mortgage Pass-Through Certificates, Series 2019-MFP, by and through Situs Holdings, LLC, as Special Servicer under the Trust and Servicing Agreement, dated as of July 18, 2019,<br><br>*Plaintiff*,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, MEYER CHETRIT, SHADOW CREEK OWNER, LLC, and 3100 DANIEL MCCALL DRIVE, LLC,<br><br>*Defendants*. | Civil Action No. 1:25-cv-01943-DEH |

**DECLARATION OF GULLIVER BRADY IN SUPPORT OF JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS COUNT 1 OF THE COMPLAINT**

I, Gulliver Brady, hereby declare under penalty of perjury that the following is true and correct:

1. I am admitted to practice law in the State of New York and am an attorney associated with the law firm of Sullivan & Cromwell LLP, counsel for Defendant JPMorgan Chase Bank, N.A. ("JPMorgan") in the above-captioned action. I am familiar with the facts asserted herein based on either personal knowledge or from an examination of the documents attached hereto.

2. I respectfully submit this declaration to provide the Court with certain materials cited in JPMorgan's June 10, 2025 Memorandum of Law in Support of its Motion to Dismiss Count 1 of the Complaint.

3. Attached as Exhibits 1 through 3 hereto are true and correct copies of the following documents:

<u>Exhibit 1</u>. Evidentiary Hearing Transcript in *United States* v. *Ross*, 23-cr-20451 (E.D. Mich. Feb. 20, 2024), ECF No. 32. Exhibit 1 is referred to or relied upon in, *e.g.*, paragraphs 2, 21, 52-59, 61, 65, 105, and 179 of the Complaint.

<u>Exhibit 2</u>. Order Finding That Sentencing Enhancements Pursuant to Guidelines §§ 2B1.1(b)(17)(A) and (D) Apply in This Case in *United States* v. *Ross*, 23-cr-20451 (E.D. Mich. Aug. 2, 2024), ECF 39.

<u>Exhibit 3</u>. Letter re Notice of Material Breach from Situs Holdings, LLC, to JPMorgan Chase Bank, N.A. (Apr. 19, 2023). Exhibit 3 is referred to or relied upon in paragraphs 93 and 128 of the Complaint.

<u>Exhibit 4</u>. Letter re Notice of Material Breach from Situs Holdings, LLC, to JPMorgan Chase Bank, N.A. (Nov. 26, 2024). Exhibit 4 is referred to or relied upon in paragraphs 95 and 111 of the Complaint.

<u>Exhibit 5</u>. Letter re Response to Situs Notice and Repurchase Request from counsel for JPMorgan Chase Bank, N.A. to counsel for Situs Holdings, LLC (Feb. 24, 2025). Exhibit 5 is referred to or relied upon in paragraphs 96 and 113 of the Complaint.

Executed on June 10, 2025 in New York, New York.

            /s/ *Gulliver Brady*
            Gulliver Brady