**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee for the Benefit of the Certificateholders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2019-MFP, Commercial Mortgage Pass-Through Certificates, Series 2019-MFP, by and through Situs Holdings, LLC, as Special Servicer under the Trust and Servicing Agreement, dated as of July 18, 2019,<br><br>*Plaintiff*,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, MEYER CHETRIT, SHADOW CREEK OWNER, LLC, and 3100 DANIEL MCCALL DRIVE, LLC,<br><br>*Defendants*. | Case No. 25-cv-01943-DEH<br><br>**STIPULATION AND ORDER OF *PARTIAL* VOLUNTARY DISMISSAL OF CERTAIN COUNTS** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys of record for (i) Plaintiff Wells Fargo Bank, National Association, as trustee for the benefit of the certificateholders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2019-MFP, Commercial Mortgage Pass-Through Certificates, Series 2019-MFP, acting by and through Situs Holdings, LLC, as special servicer under the Trust and Servicing Agreement, dated as of July 18, 2019 and (ii) Defendants JPMorgan Chase Bank, N.A., Meyer Chetrit, Shadow Creek Owner, LLC, and 3100 Daniel McCall Drive, LLC (together, "Defendants"), that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), ***only*** Count 2, Count 3, Count 4, Count 6, Count 7, Count 8, and Count 9 in the above-entitled action will be dismissed with prejudice, with each party to bear its own costs. This stipulation of partial voluntary dismissal does not apply to the other counts (Count 1 and Count 5), which, along with this action, shall continue.

Dated: October 28, 2025
       New York, New York

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | SULLIVAN & CROMWELL LLP |
|---|---|
| <u>/s/ Blair A. Adams</u><br>Blair A. Adams<br>Evan Hess<br>Mary Trainor<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>295 Fifth Avenue<br>New York, NY 10016-7103<br>(212) 849-7000<br>blairadams@quinnemanuel.com<br>evanhess@quinnemanuel.com<br>marytrainor@quinnemanuel.com<br><br>*Counsel for Plaintiff* | <u>/s/ Jonathan S. Carter</u><br>Robert A. Sacks<br>Jonathan S. Carter<br>Gulliver Brady<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>sacksr@sullcrom.com<br>carterjo@sullcrom.com<br>bradyg@sullcrom.com<br><br>*Counsel for Defendant JPMorgan Chase Bank, N.A.*<br><br>ROSENBERG & ESTIS, P.C.<br><br><u>/s/ Joseph J. Kammerman</u><br>Brett B. Theis<br>Christopher A. Gorman<br>Joseph J. Kammerman<br>ROSENBERG & ESTIS, P.C.<br>733 Third Avenue<br>New York, New York 10017<br>Telephone: (212) 867-6000<br>btheis@rosenbergestis.com<br>cgorman@rosenbergestis.com<br>jkammerman@rosenbergestis.com<br><br>*Counsel for Defendants Shadow Creek Owner LLC, Meyer Chetrit, and 3100 Daniel McCall Drive LLC* |

**IT IS HEREBY SO ORDERED
ON THIS 30th DAY OF OCTOBER, 2025**

_____
Hon. Dale E. Ho, U.S.D.J.