November 19, 2025

**VIA ECF**
The Honorable Dale E. Ho
U.S. District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

Re:   *Wells Fargo Bank, Nat'l Ass'n v. JPMorgan Chase Bank, Nat'l Ass'n et al.*,
      Case No. 25-cv-01943 (Related Case No. 23-cv-09972) (S.D.N.Y.),
      Joint Request for Extension of Time

Dear Judge Ho:

   In accordance with the Court's Individual Rule 2(a) and (e) and paragraph 14 of the Amended Civil Case Management Plan and Scheduling Order, ECF No. 72 ("Order"), the parties to the above-referenced action jointly request an extension of certain deadlines by approximately forty-five days.[1] This is Plaintiff's and JPMorgan's first request for an extension of the deadlines, and it is the second request for an extension overall. The previous extension request submitted by the Chetrit Defendants was granted on September 4, 2025.

   This request arises from the parties' need to extend the deadline for discovery to allow for sufficient time to complete depositions. The current deadline is set for January 20, 2026. Since that extension, the parties produced over 53,000 documents and third parties have produced an additional 82,000 documents. Given the volume of document discovery and the number of witnesses involved, the parties have agreed to expand the number of depositions from ten per side to seventeen per side. To accommodate the additional depositions and witnesses' schedules, including around the winter holidays, the parties request this modest extension.

   In accordance with the Court's Individual Rule 2(e)(iv), accompanying this letter-motion is a proposed revised Civil Case Management Plan and Scheduling Order reflecting the proposed changes to the Order. The proposed new dates are below for ease of reference.

| Discovery Items | Original Deadlines | Proposed Deadlines |
|---|---|---|
| Deadline to serve Rule 36 requests to admit and contention interrogatories (Order, ¶ 7(e)). | December 9, 2025 | January 26, 2026 |

---

[1] The parties are Plaintiff Wells Fargo Bank, National Association, as trustee for the benefit of the certificateholders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2019-MFP, Commercial Mortgage Pass-Through Certificates, Series 2019-MFP, acting by and through Situs Holdings, LLC, as special servicer under the Trust and Servicing Agreement, dated as of July 18, 2019 ("Plaintiff") and Defendants JPMorgan Chase Bank, National Association ("JPMorgan"), Meyer Chetrit, Shadow Creek Owner, LLC, and 3100 Daniel McCall Drive, LLC (together the "Chetrit Defendants").

| Discovery Items | Original Deadlines | Proposed Deadlines |
|---|---|---|
| Completion of all fact discovery (Order, ¶ 7(a)). | January 20, 2026 | March 6, 2026 |
| Deadline to serve all affirmative expert disclosures pursuant to Rule 26(a)(2) (Order, ¶ 8(c)). | February 10, 2026 | March 27, 2026 |
| Deadline to serve all rebuttal expert disclosures pursuant to Rule 26(a)(2) (Order, ¶ 8(d)). | March 24, 2026 | May 8, 2026 |
| Deadline to complete all expert discovery including expert reports and depositions (Order, ¶ 8(b)). | April 28, 2026 | June 11, 2026 |
| Joint status letter due (Order, ¶ 9). | April 30, 2026 | June 12, 2026 |
| Case management conference following close of discovery (Order, ¶ 9). | May 5, 2026 at 2:00 PM | June 17, 2026 at 2:00 PM (*subject to the Court's availability*) |

Pursuant to the Court's Rule 2(e)(vi), annexed hereto as Appendix A, is a statement of all discovery requests, responses, and productions made in this action to date.

Respectfully Submitted,

s/ *Blair A. Adams*
Blair A. Adams
Evan Hess
Mary Trainor
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
295 Fifth Avenue
New York, NY 10016
(212) 849-7000
blairadams@quinnemanuel.com
evanhess@quinnemanuel.com
marytrainor@quinnemanuel.com

*Counsel for Plaintiff*

s/ *Joseph J. Kammerman*
Brett B. Theis
Christopher A. Gorman
Joseph J. Kammerman
ROSENBERG & ESTIS, P.C.
733 Third Avenue
New York, NY 10017
(212) 867-6000
btheis@rosenbergestis.com
cgorman@rosenbergestis.com
jkammerman@rosenbergestis.com

*Counsel for Defendants Meyer Chetrit,
  Shadow Creek Owner, LLC, and
  3100 Daniel McCall Drive, LLC*

/s/ *Robert A. Sacks*
Robert A. Sacks
Jonathan S. Carter
Gulliver Brady
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10014
(212) 558-4000
sacksr@sullcrom.com
carterjo@sullcrom.com
bradyg@sullcrom.com

*Counsel for Defendant
  JPMorgan Chase Bank, N.A.*

Application **GRANTED**. The Parties shall adhere to the deadlines set forth herein except for the case management conference, which will be held on **June 16, 2026 at 2:00 p.m.** The parties shall join the conference by dialing **(646) 453-4442** and entering the conference ID: **213 619 635**, followed by the pound sign (#).

The Clerk of Court is respectfully directed to close ECF No. 75.

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: November 20, 2025
New York, New York

3