# EXHIBIT 1

| | |
|---|---|
| Message | |
| **From**: | Robert Verrone [Robert.Verrone@ironhoundmgmt.com] |
| **Sent**: | 1/12/2019 10:05:29 PM |
| **To**: | Joseph E. Geoghan [Joseph.Geoghan@jpmorgan.com] |
| **Subject**: | Fwd: 1bb Roco portfolio |

Forgot to put you on this sorry

Sent from my iPhone

Begin forwarded message:

> **From:** <Robert.Verrone@ironhoundmgmt.com>
> **Date:** January 12, 2019 at 4:59:37 PM EST
> **To:** Brian Baker <brian.j.baker@jpmorgan.com>, "Jeremy C. Hellinger" <jeremy.c.hellinger@jpmorgan.com>
> **Subject: 1bb  Roco portfolio**
>
> You guys have time to chat about in Miami
>
> Sent from my iPhone