# EXHIBIT 2

Procedures

# Transaction Approval Procedures for NA CMBS

Current Effective Date: September 13, 2016

## TABLE OF CONTENTS

1. Summary or Rationale ............................................................................................................ 2
2. Scope .................................................................................................................................... 2
3. Changes from Previous Version ............................................................................................ 2
4. Procedures Statements ......................................................................................................... 2
5. Business Approval ................................................................................................................ 3
    5.1. JPMC Transactions ..................................................................................................... 3
    5.2. Third Party Transactions .............................................................................................. 3
    5.3. Signing Authority ......................................................................................................... 3
    5.4. FINRA Registration ...................................................................................................... 4
6. Heightened Risk Transactions .............................................................................................. 4
7. New Products ....................................................................................................................... 4
8. Other Reviews/Notifications ................................................................................................. 4
9. Documentation Requirements ............................................................................................... 4
10. Retention of Outside Counsel .............................................................................................. 5
11. Implementation Plan ............................................................................................................ 5
12. Defined Terms ..................................................................................................................... 5
13. Legal Obligations or Guidance ............................................................................................. 5
14. Firm References ................................................................................................................... 5
15. Document Information ........................................................................................................... 6
16. ANNEX A .............................................................................................................................. 7
17. ANNEX B .............................................................................................................................. 8
18. ANNEX C .............................................................................................................................. 9
19. ANNEX D ............................................................................................................................ 10

1

J.P.Morgan Chase & Co.

1. **Summary or Rationale**

These Procedures govern business and other approvals required for transactions executed by NA CMBS.

2. **Scope**

| | |
|---|---|
| Lines of Business | Corporate and Investment Bank\Global Securitized Products\Americas Commercial Mortgage-Backed Securities |
| Sub-Lines of Business | All |
| Function(s) | All |
| Locations | North America |
| Legal Entities | All |

3. **Changes from Previous Version**

This was updated to change it from a policy to procedures, to update the list of approved counsel in Annex C and make other minor updates.

4. **Procedures Statements**

These transaction approval procedures apply to all offerings of commercial mortgage-backed securities ("**CMBS**"), re-securitizations of CMBS or collateralized loan obligations ("**CRE CLOs**") and other structured commercial real estate financing transactions originated by the NA Commercial Mortgage-Backed Securities business ("**CMBS Group**") or as to which the CMBS Group acts as arranger, underwriter or placement agent for a third party client (all such transactions referred to herein as "**Transactions**") after the effective date of these procedures. These procedures do not apply to commercial real estate loans originated by the CMBS Group. Such loan originations are subject to the **Commercial Mortgage-Backed Securities Risk Policy** and to any supplemental credit policy and procedures approved by the CMBS Group's Group Credit Officer.

The following transactions are considered to be "**Standard Transactions**" for purposes of these procedures: (1) CMBS offerings that involve the securitization of performing and non-performing commercial real estate loans through special purpose entities ("**SPEs**") that are REMICs or grantor trusts and the sale of the resulting CMBS to "qualified institutional buyers" or "institutional accredited investors"; (2) re-securitizations of CMBS in the form of re-REMICs; and (3) CRE CLOs backed by commercial mortgage loans. Any other structured commercial real estate financing transactions originated or arranged by the CMBS Group (other than loans, as discussed above) are considered to be "**Nonstandard Transactions**" for purposes of these procedures.

2                                                     JPMORGAN CHASE & CO.

                                          JPMC-WF-00487414

## 5.  Business Approval

### 5.1.  JPMC Transactions

JPMC Transactions – All Transactions that are sponsored by JPMorgan Chase Bank, N.A. ("**JPMCB**") and/or J.P. Morgan Chase Commercial Mortgage Securities Corp. ("**JPMCCMSC**") must be approved at the following levels:

| | |
|---|---|
| Standard Transactions with any Approved Partners (as defined below) as loan sellers | Brian Baker |
| All Nonstandard Transactions and any Standard Transactions with any other third party loan sellers other than Approved Partners | Matt Cherwin, in addition to Brian Baker |

Approved Partners shall be any one of the entities listed on ANNEX A, and their wholly-owned affiliates.

### 5.2.  Third Party Transactions

All Transactions in which the CMBS Group acts as an arranger, lead underwriter or co-managing underwriter and/or placement agent for a third party sponsor must be approved at the following levels:

| | |
|---|---|
| Standard Transactions sponsored by any Approved Partners | Brian Baker |
| All Nonstandard Transactions and any Standard Transactions (1) sponsored by any third party other than an Approved Partners or (2) that have any significant risk | Matt Cherwin, in addition to Brian Baker |

### 5.3.  Signing Authority

Once approved, signing legal agreements for Transactions must follow the following guidelines:

- Only Vice Presidents or above can sign for a legal entity, except for confidentiality agreement which must be signed by a Managing Director (see Documentation Requirement below).
- The officer signing a legal agreement must be an officer of the legal entity entering into the agreement (JPMCB, J.P. Morgan Securities LLC ("**JPMS**"), JPMCCMSC, etc.), or he or she must be "dual hatted" (be given a second title in that legal entity), or have a power of attorney to sign on behalf of that legal entity.
- Legal must be consulted with any questions as to whether an officer has the appropriate signing authority, as specified above, and Legal must approve and prepare the necessary forms for any dual hatting or powers of attorney.
- A list of the CMBS Group officers that are currently dual hatted, have powers of attorney and/or are officers of JPMCCMSC and other relevant legal entities is available on the **CMBS Signing Authority Addendum**.

3

J.P.MORGAN CHASE & CO.

CONFIDENTIAL

5.4.    FINRA Registration

All CMBS Group personnel who market or transact in securities (or who have the potential to do so) must be Series 7 and 63 licensed prior to soliciting a securities transaction with a client. Questions regarding registration should be addressed to Andrew Waskow or Jason Terlato in Compliance. **Anyone who is not so licensed may only communicate with investors if a person so licensed accompanies him or her.**

# 6.    Heightened Risk Transactions

In addition to the business approval specified above, any Nonstandard Transaction that poses heightened legal or reputational risks ("**Heightened Risk Transactions**"), in accordance with the criteria set forth in the documented procedures of, or otherwise specified by, the **Reputation Risk Committee** ("**RRC**"), must be reviewed by Brian Baker, in consultation with Matt Cherwin, for determination as to whether it raises legal or reputational risks that should be submitted to the RRC.

Business approval of all Heightened Risk Transactions shall include participation by and consultation with all relevant control functions, including, without limitation, Legal, Compliance, Risk, Middle Office, Finance, Conflicts and/or Accounting Policies, any of which may determine that a Transaction be submitted to the RRC. All persons responsible for reviewing Heightened Risk Transactions must have complete and accurate information about the terms and structure of the Transaction and the client's purpose in entering into the Transaction, including, if relevant, the client's proposed accounting treatment and financial disclosure of the Transaction.

# 7.    New Products

In addition to the business approval specified above, if the Nonstandard Transaction involves a new product or activity, as defined in the **New Business Initiative Approval Policy**, then the Transaction must be approved in accordance with that policy.

# 8.    Other Reviews/Notifications

- <u>Legal</u> – all Transactions must be reviewed by Legal.
- <u>Middle Office</u> – CMBS Middle Office must be notified of each Transaction once the business has approved proceeding with the Transaction.
- <u>Product Control</u> –SPG Product Control must be notified of each Transaction once the business has approved proceeding with the Transaction.
- <u>Conflicts & Compliance</u> – Transactions must be reported to Conflicts and Compliance in accordance with the **Procedures for Reporting of CMBS Transactions to Conflicts Office and Compliance.**

# 9.    Documentation Requirements

- <u>Document Retention</u> – All documents for Transactions must be reviewed for retention in accordance with the **CMBS Document Retention Procedures For Securities Offerings**.
- <u>Disclaimers</u> – All term sheets and marketing materials used in Transactions must use appropriate disclaimers in forms approved by Legal. Disclaimers for Computational Materials, Term Sheets and other Marketing Materials have been posted at the following link: <u>Written Communications in CMBS Offerings - Procedures</u>.
- Legal must be consulted prior to making any changes to the approved forms, or with any questions or requests for additional disclaimers.

4                                                          JPMORGAN CHASE & CO.

- <u>Confidentiality Agreements</u> – All confidentiality agreements ("**CAs**") or agreements with confidentiality provisions must be reviewed by Legal and must comply with the Corporate & Investment Bank's **Confidentiality Agreement Procedures**. All CAs entered into by the CMBS Group must be signed by a managing director. All executed CAs should be retained either (1) electronically, as permitted in the Confidentiality Agreement Procedures, or (2) by saving a hard copy of the executed CA in the applicable file and a PDF in a shared drive.
- <u>Mandate and Engagement Letters</u> – All client mandate letters mandating the CMBS Group in connection with a Transaction, and/or all engagement letters entered into by the CMBS Group in connection with engaging a third party for services in connection with a Transaction, must be reviewed by Legal. Contact Legal for forms of mandate letters.
- <u>Approvals</u> – Approvals required by these procedures shall be documented by the VP, ED or MD managing the Transaction using the form attached as **ANNEX D**. Such form may be approved via e-mail by the relevant persons. The approval form for each Transaction shall be maintained in the file for that Transaction by the VP, ED or MD in charge of that Transaction.

## 10. Retention of Outside Counsel

Any retention of outside counsel must be approved by Legal in accordance with the **Outside Counsel Policy**. Set forth in **ANNEX C** is the list of approved law firms that may be engaged by the CMBS Group for Standard Transactions without the prior approval of Legal, and the matters for which such firms may be engaged. Please note any restrictions or limitations discussed with respect to a law firm. Only the named partner is approved for engagement without prior approval by Legal. Note that any retention of a law firm in connection with a litigation or potential litigation matter, or in connection with a workout or bankruptcy situation, needs to be approved by Legal regardless of whether the firm is listed on ANNEX C.

## 11. Implementation Plan

*Not applicable.*

## 12. Defined Terms

*Not applicable.*

## 13. Legal Obligations or Guidance

| Legal Obligations or Guidance | None |
| --- | --- |

## 14. Firm References



| Other Firm Policies | **Anti-Tying Policy** |
| --- | --- |
| | **Appropriateness Policy** |
| | **Code of Conduct** |
| | **Conflicts Policy** |

J.P.MORGAN CHASE & CO.

CONFIDENTIAL

| | |
|---|---|
| | • **Document Retention Policy for Securities Offerings**<br>• **Document Retention Policy for Securities Offerings – CMBS Supplement**<br>• **New Business Initiative Approval Policy**<br>• **Record Retention Policy**<br>• **Transactions with Reg. W Affiliates - Regulations W/Sections 23A and 23B Policy**<br>• **Reputation Risk** |
| Procedures | • **Rating Agency Pre-sale Reports Guidelines**<br>• **Reporting of CMBS Transactions to Conflicts Office and Compliance**<br>• **Written Communications in ABS, RMBS and CMBS Offerings – Procedures for Use**<br>• **Written Communications in CMBS Offerings - Procedures** |

## 15. Document Information

| | | | | |
|---|---|---|---|---|
| Primary Risk Category | Corporate Practices | | | |
| Procedures Owner / Primary Contact / Secondary Contact/Procedures Manager | Brian Baker, Managing Director | Brian Baker, Managing Director | Bianca Russo, Managing Director & Associate General Counsel | Jennifer Van Solkema, VP Legal Policy Manager |
| Procedures Owner's Function or Line of Business/Region/Country | NA CMBS | | | |
| Procedures Approver | Bianca Russo,  Managing Director & Associate General Counsel | | | |
| Original Effective Date | December 19, 2003 | | | |
| Last Review Date | September 13, 2016 | | | |

6

JPMorgan Chase & Co.

CONFIDENTIAL

16. <u>**ANNEX A**</u>

*Approved Partners*
AIG
Apollo
Arbor Commercial
Dexia
Barclays
Bank of America Merrill Lynch
Blackstone
Benefit Street Partners
Berkadia
CIBC World Markets
Citigroup
Colony Capital
Credit Suisse
Crexus
CWCapital
Deutsche Bank
Euro-Hypo
GE Capital
Goldman Sachs
Greystone
Guggenheim
H/2
Hypo Real Estate
Jefferies Loan Core LLC
KeyBank
Ladder Capital
Macquarie Bank
MC Five Mile Capital
Morgan Stanley
National City Bank
National Cooperative Bank
Nationwide
Natixis
PNC
Principal Life
Prudential
RAIT
RBS Greenwich
Redwood Trust
Regions Bank
Societe Generale
Starwood
Sun Trust
UBS
Walker Dunlop
Waterfall Asset Management
Wells Fargo

JPMORGAN CHASE & CO.

CONFIDENTIAL

JPMC-WF-00487419

17. ANNEX B

See the CMBS Signing Authority Addendum

8

J.P.Morgan Chase & Co.

CONFIDENTIAL

18. **ANNEX C**

List of approved law firms that may be engaged by the CMBS Group for Standard Transactions without the prior approval of Legal, and the matters for which such firms may be engaged.

| Name of Firm | Partners | Type of Product or Representation |
|---|---|---|
| Cadwalader Wickersham & Taft | Michael Gambro Stuart Goldstein Frank Polverino Lisa Pauquette William McInerney David Burkholder | JPMorgan Issuer or underwriter's counsel, CMBS, re-securitizations and CRE CLOs, Loan Origination/Seller's Counsel for JPMCB |
| Dechert LLP | Rick Jones Laura Swihart | JPMorgan Issuer or underwriter's counsel, CMBS |
| Dentons | John Kim | JPMorgan Issuer or underwriter's counsel, CMBS |
| Fried Frank | Jon Mechanic, Michael Barker | Loan Origination Counsel for JPMCB |
| Frost Brown Todd, LLC | Barry Hines Geoff White | Loan Origination/Seller's Counsel for JPMCB |
| Hunton & Williams | Don Simone | Loan Origination/Seller's Counsel for JPMCB |
| Katten Muchin | Dan Huffenus | Loan Origination/Seller's Counsel for JPMCB |
| Kelley Drye | Paul Keenan Robert Bickford | Loan Origination/Seller's Counsel for JPMCB |
| Morrison & Foerster | Mark Edelstein | Loan Origination/Seller's Counsel for JPMCB |
| Nelson Mullins Riley & Scarborough | Bradley Denson Jonathan Nugent | Loan Origination/Seller's Counsel for JPMCB |
| Paul Hastings | David Viklund | Loan Origination/Seller's Counsel for JPMCB |
| Sidley | Kevin Blauch Carlos Rodriguez | JPMorgan Issuer or underwriter's counsel, CMBS |

JPMORGAN CHASE & CO.

CONFIDENTIAL

19. **ANNEX D**

***NA CMBS Transaction Approval Form***

PART I (complete for all Transactions)

**Name of Transaction**: _____

**Transaction Amount**: _____

**If not a JPMC Transaction, Client Name**: _____

**Names of Other Loan Sellers**:

_____

**Are Client and/or Loan Sellers Approved Partners?**:     ☐ YES[1]          ☐ NO[2]

**Outside Counsel**:

_____

**Is this a Standard Transaction?**     ☐ YES[3]          ☐ NO[4]

**Business Approval**:

Brian Baker                    _____

Matt Cherwin (if applicable)   _____

**Other Reviews/Notifications**

**Has Legal reviewed the Transaction?**                    ☐ YES        ☐ NO

**Has CMBS MO been notified of the Transaction?**          ☐ YES        ☐ NO

**Has Transaction been entered in the SPV Database by CMBS MO?** ☐ YES   ☐ NO

_____

[1] If YES, only Brian Baker needs to sign approval form
[2] If NO, Brian Baker and Matt Cherwin must sign approval form
[3] If YES, only Brian Baker needs to sign approval form
[4] If NO, Brian Baker and Matt Cherwin must sign approval form and Part II must be completed

10                                                      JPMorgan Chase & Co.

CONFIDENTIAL                                              JPMC-WF-00487422

**Has SPG CFO been notified of the Transaction?** ☐ YES ☐ NO

**Has Conflicts & Compliance been notified of the Transaction?** ☐ YES ☐ NO

PART II (Complete for Nonstandard Transactions ONLY)

**Describe Transaction BRIEFLY**:

_____
____
_____
____
_____
____

**Is this a Heightened Risk Transaction?** ☐ YES ☐ NO

**If YES, has this Transaction been approved by the RRC?** ☐ YES ☐ NO

**If NO, the following sign-off is required to indicate that this Transaction was reviewed and did not require RRC approval**:

Brian Baker                  _____

Matt Cherwin                 _____

The following control functions have been consulted and participated in the decision to not elevate this Transaction to the RRC [List all applicable control functions]:

Bianca Russo (Legal)

Don Shokrian (Credit)

Nancy Alto (CMBS MO)

Thomas Balas (CFO)

[Accounting Policies [if applicable]]

**<u>New Products</u>**:

**Is this a New Product?** ☐ YES ☐ NO

**If YES, the Transaction must be approved in accordance with the <u>New Business Initiative Approval Policy</u>.**

11                                                J.P.Morgan Chase & Co.

CONFIDENTIAL