# EXHIBIT 3

Message
---

**From:** Baker, Brian J. [brian.j.baker@jpmorgan.com]
**Sent:** 2/20/2019 7:33:44 PM
**To:** Robert Verrone [Robert.Verrone@ironhoundmgmt.com]
**Subject:** RE: Updated Information - RE: ROCO Portfolio


Thanks. I am aware of it.

I will get update from deal team.

---

**From:** Robert Verrone [mailto:Robert.Verrone@ironhoundmgmt.com]
**Sent:** Wednesday, February 20, 2019 2:15 PM
**To:** Baker, Brian J.
**Subject:** FW: Updated Information - RE: ROCO Portfolio
**Importance:** High

I wanted to make sure this was on your radar- we will be picking a lender soon- we only went to a few groups

**From:** Patrick Perone
**Sent:** Wednesday, February 20, 2019 2:12 PM
**To:** King, Elizabeth A <elizabeth.king@jpmorgan.com>
**Cc:** Geoghan, Joseph E <Joseph.Geoghan@jpmorgan.com>; Colella, John <john.colella@jpmchase.com>; Robert Verrone <Robert.Verrone@ironhoundmgmt.com>; Borko Milosev <borko@postroadmgmt.com>; Chris Herron <Chris.Herron@ironhoundmgmt.com>
**Subject:** Updated Information - RE: ROCO Portfolio
**Importance:** High

Hi Liz,

I tried you earlier but wanted to provide you and your team with an update to the ROCO Portfolio acquisition. Since we initially looked at this portfolio together a few things have changed, which have ultimately allowed us to go hard (last Friday) at a purchase price of $632.5MM for 55 properties totaling 10,300 units. Below in this email I have outlined the items and key issues that resulted in the removal of three (3) properties from the pool, and, subsequently, a $67.5MM price reduction.

- **Removal of Three (3) Properties.** As negotiated in the PSA, the Seller had the right to remove select properties from the pool if they did not receive approval from their investors (1031 investors) to sell said properties. The Seller did not receive approval to sell the following properties and they were therefore removed from the portfolio: Park at Ceder Lawn, Red Coach and Stone Lodge. As a result, the purchase price was adjusted to be $700.0MM, as opposed to the original $745.0MM.
- **Price Reduction.** Subsequently, during our diligence period, we identified $3.5MM of other income that we did not believe was actually being collected and we 'right-sized' operating expenses by ~$375 per unit. As a result, we were able to negotiate a price reduction from $700.0MM down to $632.5MM.
- **Capital Expenditures.** Furthermore, during our diligence period we identified $8.0MM of immediate capital needs (via PCR's) and $16.5MM of on-going capital needs (that we would like to reserve for upfront), and $35.5MM of value add costs.

Attached to this email are the following documents:

1. Updated overview of the transaction;
2. Updated data tape;
3. Updated draft consolidated financials; and,
4. Updated loan request / sources and uses file.

As you review, please let us know what questions you may have and we'll get back to you ASAP. We are aiming to have updated feedback by the end of the week on this one as term sheets are starting to trickle in.

Thanks,
Patrick

**Patrick Perone**
Iron Hound Management Company LLC
600 Lexington Avenue, 25th Floor
New York, NY 10022
O: 646-795-5409
C: 610-428-0999

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidentiality, legal privilege, viruses and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.