# EXHIBIT 5

Message

| | |
|---|---|
| **From**: | Geoghan, Joseph E [Joseph.Geoghan@jpmorgan.com] |
| **Sent**: | 5/30/2019 1:21:39 PM |
| **To**: | King, Elizabeth A [elizabeth.king@jpmorgan.com]; Yousefian, Michelle [michelle.yousefian@jpmorgan.com] |
| **Subject**: | FW: Rocco |

We need to start addressing this today. Lets discuss game plan ASAP

**From:** Rood, Daniel
**Sent:** Wednesday, May 29, 2019 5:31 PM
**To:** Baker, Brian J. <brian.j.baker@jpmorgan.com>; Geoghan, Joseph E <Joseph.Geoghan@jpmorgan.com>; Singh, Kunal K <kunal.k.singh@jpmorgan.com>; Sharma, Avinash <Avinash.Sharma@jpmorgan.com>
**Subject:** RE: Rocco

Joe, I think it would be helpful to use the various factors to grade the properties and identify what percentage falls into a more challenging bucket and whether the structure accounts for the different types of risk. I would also like to see if we have tracked credit loss at these assets and reconciled the rent rolls to bank statement to ensure the cash flow matches their top line rents.

Dan

**Daniel Rood** | Executive Director | J.P. Morgan | 383 Madison Ave, 8th Floor, New York, NY 10179 | T: 212-834-9367 | C: 631-514-9048 | Daniel.rood@jpmorgan.com

**From:** Baker, Brian J.
**Sent:** Wednesday, May 29, 2019 3:34 PM
**To:** Geoghan, Joseph E <Joseph.Geoghan@jpmorgan.com>; Singh, Kunal K <kunal.k.singh@jpmorgan.com>; Rood, Daniel <Daniel.Rood@jpmorgan.com>; Sharma, Avinash <Avinash.Sharma@jpmorgan.com>
**Subject:** Rocco

We need to re-committee this. I want confirmation ASAP that the borrower is aware that $$$ will be lower (minimum $15mm – can't know the final # because of the amount of unknown info). I am not sure why we called this a final committee. I don't want this delivered too late.

The diligence items:

Closing costs
Crime reports
What properties were visited and example of PCA
Appraisal miss
Cash trap trigger
Are there fire damaged units ?
Section 8 / Subsidized units ?
Discussion of physical condition
Ongoing CapEx relative to the $15mm