# EXHIBIT 6

| | |
|---|---|
| **From:** | "therese.r.rutherford@chase.com" <MicrosoftUC:therese.r.rutherford@chase.com> |
| **Sent:** | Tue 5/28/2019 1:16:34 PM (UTC) |
| **To:** | "bradley.m.wirth@chase.com" <MicrosoftUC:bradley.m.wirth@chase.com>, "brian.k.bacon@chase.com" <MicrosoftUC:brian.k.bacon@chase.com>, "deborah.lipman@jpmorgan.com" <MicrosoftUC:deborah.lipman@jpmorgan.com> |
| **Subject:** | Conversation initiated by therese.r.rutherford@chase.com |

# Details: Conversation initiated by therese.r.rutherford@chase.com

**Network:** MicrosoftUC   **Channel:** IM
**Cluster:** vantagesfbp3a   **Participants:** 4
**Start-Time:** May 28 2019 13:16:33.585 +0000   **End-Time:** May 28 2019 14:08:06.15 +0000
**Full Meta Data:** See Attachment: snapshot-meta.html

| Time | User | Message |
|---|---|---|
| May 28 2019 13:16:33 | therese.r.rutherford@chase.com (therese.r.rutherford@chase.com) | Joined Conversation |
| May 28 2019 13:16:33 | therese.r.rutherford@chase.com (therese.r.rutherford@chase.com) | I was going to ask the same; did we think the rents will benefit significantly from the renovation? |
| May 28 2019 13:16:37 | brian.k.bacon@chase.com (brian.k.bacon@chase.com) | Joined Conversation |
| May 28 2019 13:16:59 | bradley.m.wirth@chase.com (bradley.m.wirth@chase.com) | Joined Conversation |
| May 28 2019 13:17:00 | deborah.lipman@jpmorgan.com (deborah.lipman@jpmorgan.com) | Joined Conversation |
| May 28 2019 13:17:23 | brian.k.bacon@chase.com (brian.k.bacon@chase.com) | not in all cases, some where not financially feasible |
| May 28 2019 13:17:48 | therese.r.rutherford@chase.com (therese.r.rutherford@chase.com) | confusing one |
| May 28 2019 13:29:38 | deborah.lipman@jpmorgan.com (deborah.lipman@jpmorgan.com) | This was not straightforward and that is being underscored by all this |
| May 28 2019 13:31:42 | brian.k.bacon@chase.com (brian.k.bacon@chase.com) | this is why the 8 reports are being revised. they pushed up the schedule from the original because the values were too low. maybe you want to have a discussion with us on this. you did want me to write a note to Don on this |
| May 28 2019 13:32:13 | deborah.lipman@jpmorgan.com (deborah.lipman@jpmorgan.com) | HOTEL CARTER!!!!!! |
| May 28 2019 | deborah.lipman@jpmorgan.com | Chetrit |

CONFIDENTIAL                                                                                                                                                   JPMC-WF-00222887

| | | |
|---|---|---|
| 13:32:27 | (deborah.lipman@jpmorgan.com) | |
| May 28 2019 13:34:05 | therese.r.rutherford@chase.com (therese.r.rutherford@chase.com) | Isn't it just a before and after story? LTV now and then LTV post renovation |
| May 28 2019 13:34:48 | therese.r.rutherford@chase.com (therese.r.rutherford@chase.com) | Maggie adjusted this value; I still think this number is high but still within a range. The cap rate is interesting |
| May 28 2019 13:35:46 | therese.r.rutherford@chase.com (therese.r.rutherford@chase.com) | Wow- I thought Brian would have an interesting comment |
| May 28 2019 13:36:11 | therese.r.rutherford@chase.com (therese.r.rutherford@chase.com) | we only adjusted 50bps but thought 100 bps could be more appropriate |
| May 28 2019 13:42:00 | deborah.lipman@jpmorgan.com (deborah.lipman@jpmorgan.com) | there you go |
| May 28 2019 13:42:42 | deborah.lipman@jpmorgan.com (deborah.lipman@jpmorgan.com) | who did appraisal? Cushman? |
| May 28 2019 13:42:50 | therese.r.rutherford@chase.com (therese.r.rutherford@chase.com) | I knew it was coming - yes, Cushman |
| May 28 2019 13:42:55 | deborah.lipman@jpmorgan.com (deborah.lipman@jpmorgan.com) | I know Maggie was super uncomfortable |
| May 28 2019 13:51:36 | therese.r.rutherford@chase.com (therese.r.rutherford@chase.com) | that was a positive way to start off the week |
| May 28 2019 13:51:47 | deborah.lipman@jpmorgan.com (deborah.lipman@jpmorgan.com) | Thank goodness for Baker |
| May 28 2019 13:52:13 | deborah.lipman@jpmorgan.com (deborah.lipman@jpmorgan.com) | I just do not understand how Goldman, etc do not see that we are doing 2007 all over again |
| May 28 2019 13:52:58 | therese.r.rutherford@chase.com (therese.r.rutherford@chase.com) | I know; but the Roco issues were discussed at prelim but they still moved forward- I just don't get it |
| May 28 2019 14:08:06 | bradley.m.wirth@chase.com (bradley.m.wirth@chase.com) | **Left Conversation** |
| May 28 2019 14:08:06 | brian.k.bacon@chase.com (brian.k.bacon@chase.com) | **Left Conversation** |
| May 28 2019 14:08:06 | deborah.lipman@jpmorgan.com (deborah.lipman@jpmorgan.com) | **Left Conversation** |
| May 28 2019 14:08:06 | therese.r.rutherford@chase.com (therese.r.rutherford@chase.com) | **Left Conversation** |