# EXHIBIT 7

Message

| | |
|---|---|
| **From:** | Yousefian, Michelle [michelle.yousefian@jpmorgan.com] |
| **Sent:** | 5/29/2019 5:13:29 PM |
| **To:** | Geoghan, Joseph E [Joseph.Geoghan@jpmorgan.com]; King, Elizabeth A [elizabeth.king@jpmorgan.com]; Roth, Alexander [alexander.roth@jpmchase.com] |
| **Subject:** | ROCO |
| **Attachments:** | Loganberry Ridge.docx; RE: ROCO Multifamily Portfolio special considerations |

- OG = 7

### Committee Follow Ups
- *Crime Reports* – Spoke to Kunal – he wants minimum of 1y history of crime just at our properties; Situs working on it and John Miller also coming back to us on what Freddie uses for crime reports
- *Section 8 units* – answer saved here: Y:\_Large Loan\Roco Portfolio\Mezz Memo\SG Q&A
- *Fire* – ASG sent the attached response to Sangeeta (states that down units due to fire is minimal and already captured in the appraised value); additional details on Loganberry fire attached
- *Baker Value Analysis* – answer saved here: Y:\_Large Loan\Roco Portfolio\Final Memo
- *Sales Comps* – how do want to shows this? Have taken an average of the sales comps value per unit and cap rate and compared it to our concluded value and value per unit and they are in-line
- *Audits of Rent Rolls & Bank Statements* – Need to reach out to Sponsor to understand what diligence they've done on the information they have provided
- *Chetrit financials* – Tony to check if Chetrit owes us any financial reporting on other SLS deals
- *Cash Trap Trigger* – increase to be closer to in-place
- *Parameters on spending capex $ to ensure Sponsor executes business plan*

### Loan Agreement
- 5 bps for pro rata prepayment for 20% open bucket
- Transfers to affiliates – math to show deleveraging saved in ALA file saved here: Y:\_Large Loan\Roco Portfolio\Final Memo

### Third Party Reports
- *Appraisals* – all finals, just waiting on ASG to give final sign off
- *PCRs* – Partner has been revising the immediate repairs and ongoing replacement reserve requirements because some of the value-add renovations will already be addressing this items
  - Expected delivery of revised reports and matrix is Thursday; Immediate repairs are going from ~$8.4mm → ~$4.2mm; Borrower knows we will not be changing reserves despite the lower conclusions
- *ESAs* – 9 reports outstanding, these are the properties that require Radon testing. Radon testing has been ongoing
  - Partner is working on worst case letters; will need to have an upfront reserve for the costs
- *Seismic* – 3 properties, final reports received

### Insurance / Flood
- 47 flood applications + proof of payment
- Portfolio EQ modeling report
- Final (4) certs for all 4 property policy
- Liability coverage – we have not seen even a draft of this, to date
- Estimated annual premiums, per line of coverage, per property

### KYC
- Have told Cuomo to be directly coordinating with CWT
- Org chart confirmation
- W9s for Ohio entities
- Physical operating address confirmation for all borrowers

### SG Capital Requests
- O&A log saved here: Y:\_Large Loan\Roco Portfolio\Mezz Memo\SG Q&A
- Site tours for next week – IronHound working on them
- Questions – IronHound working on them
- They have also asked if we can share our site visit notes and McDargh's site visit notes for the properties they won't be able to visit

### Securitization
- Moody's currently UW $244 per unit for replacement reserves; Dwayne says this number will go up to match the PCA conclusion which is est. $336 per unit
- TTM April financials
- In-place rent rolls
- Underwriting needs to show RR
- What tax number do we want to underwrite? Sponsor? Appraisal?

### Other Closing Items
- *ALAs* – draft saved here: Y:\_Large Loan\Roco Portfolio\Final Memo
- *Tax Escrow Analysis* – Y:\_Large Loan\Roco Portfolio\_Due Diligence\A - Property Information\6 - Real Estate Tax Bills\_Real Estate Tax Analysis\Situs
- *Invoices*
- *Committee form*

**Michelle Yousefian** | CMBS Originations | **J.P. Morgan** | 383 Madison Avenue, New York, United States | T: 212.834.3154 |
michelle.yousefian@jpmorgan.com