# EXHIBIT 8

| | |
|---|---|
| **From:** | Patrick Perone <Patrick.Perone@ironhoundmgmt.com> |
| **To:** | Yousefian, Michelle <michelle.yousefian@jpmorgan.com> |
| **CC:** | Geoghan, Joseph E <Joseph.Geoghan@jpmorgan.com>;King, Elizabeth A <elizabeth.king@jpmorgan.com>;Roth, Alexander <alexander.roth@jpmchase.com>;Robert Verrone <Robert.Verrone@ironhoundmgmt.com>;John Wood <John.Wood@ironhoundmgmt.com>;borko@postroadmgmt.com <borko@postroadmgmt.com>;serge@postroadmgmt.com <serge@postroadmgmt.com> |
| **Sent:** | 6/4/2019 7:53:06 PM |
| **Subject:** | RE: Updated Information - RE: ROCO Portfolio |

Michelle,

Please see below for email answers.

Let's catch up soon to run through everything else.

Have a question I need to run past you in addition to the below.

Thanks,
Patrick

Patrick | 646-795-5409

**From:** Yousefian, Michelle [mailto:michelle.yousefian@jpmorgan.com]
**Sent:** Tuesday, June 04, 2019 11:51 AM
**To:** Patrick Perone <Patrick.Perone@ironhoundmgmt.com>; Robert Verrone <Robert.Verrone@ironhoundmgmt.com>; John Wood <John.Wood@ironhoundmgmt.com>; borko@postroadmgmt.com; serge@postroadmgmt.com
**Cc:** Geoghan, Joseph E <Joseph.Geoghan@jpmorgan.com>; Roth, Alexander <alexander.roth@jpmchase.com>; King, Elizabeth A <elizabeth.king@jpmorgan.com>
**Subject:** RE: Updated Information - RE: ROCO Portfolio

Patrick –

Please see below for a list of outstanding diligence items, as well as some questions:

- Bank statements – To discuss.
- Insurance – policies and NFIP flood documentation – Sent.
- KYC – CWT to send list – Please provide ASAP.
- Updated TTM financials (TTM May) – Will provide.
- In-place rent rolls – Will provide.
- What are the "misrepresentations made by the seller" you are referring to below? If financials are incorrect, we need corrected financials – Discovery of unit count being 10,294 (as opposed to 10,300, as we previously discussed) – and, difference in tax figures presented of $325K (as we previously discussed).
- Please clarify what time period the "Year 1 Budget" you had shared is referring to. Is it the first year post-acquisition, so July 2019 – July 2020? If not, we need the latest budget – Represents period beginning July 2019 and ending June 2020.

Thanks,
Michelle

**Michelle Yousefian** | CMBS Originations | **J.P. Morgan** | 383 Madison Avenue, New York, United States | T: 212.834.3154 |
michelle.yousefian@jpmorgan.com

**From:** Patrick Perone [mailto:Patrick.Perone@ironhoundmgmt.com]
**Sent:** Friday, May 31, 2019 11:13 PM
**To:** King, Elizabeth A
**Cc:** Geoghan, Joseph E; Yousefian, Michelle; Roth, Alexander; Robert Verrone; John Wood; borko@postroadmgmt.com; serge@postroadmgmt.com
**Subject:** Updated Information - RE: ROCO Portfolio
**Importance:** High

Hi Liz + Team,

As we discussed earlier this evening, there have been a few changes with respect to the purchase of the overall ROCO Portfolio (comprised of 55 properties and 10,294 units), which will have an impact on our Collateral Package for this financing. Below in this email I have outlined the discussed changes.

- **Removal of Four (4) Properties.** The Seller is unable to convey in time for the closing of this transaction the following four (4) properties located in Shaker Heights, OH: Colton-Golfview, Fairway-Marchmont, Moreland Manor and The Aristocrat. The Seller failed to initiate the city mandated sale inspections until just recently, causing such delay. The inspections are required, and if forgone, are a criminal offense for both the Seller and the Buyer. The Seller and the Buyer have made all attempts to expedite these inspections to occur in time for us to close. However, the scope of the inspections is large and thus time consuming. For your reference, the overall sale inspection scope includes the following: (i) city officials to inspect all units, (ii) city officials to create a list of violations/required repairs, (iii) city officials to contract a third party to determine the cost to correct such violations/required repairs and (iv) Buyer to escrow an amount equal to 150% of the costs to cure such violations/required repairs with the city. This process could take up to 45-60 days to complete. Therefore, we will be removing them from the Collateral Package, thus reducing the price of the Collateral Package by approximately **$15.0MM**.
- **Price Reallocation.** Due to an increased likelihood that there will be a delay in closing other properties in the Portfolio (not included in the Collateral Package for this transaction), the Buyer has decided to allocate value away from this Collateral Package (as it has the right to do so in its PSA). The Buyer reallocated approximately $10.0MM in value away from the Collateral Package for this transaction to other properties in the Portfolio, thus reducing the purchase price of the Collateral Package by approximately **$10.0MM**.
- **Price Reduction.** Furthermore, the Buyer was able to negotiate an additional $10.0MM price reduction with the Seller. The grounds for price reduction were based on the Seller's inability to convey the Shaker Heights properties along with other misrepresentations made by the Seller, which we have already discussed together (i.e. unit count, incorrect tax figures shown in financials, etc.). Approximately 60% of this price reduction was allocated to the Collateral Package, thus reducing the price of the Collateral Package by **$6.0MM**.
- **Capital Expenditures.** Last, the property level capital budgets have been slightly revised to account for formula errors in the prior budgets shared with you. These charges are not material.

In total, the above changes account for approximately a $31.0MM reduction in the aggregate price of the Collateral Package, as we (i) removed $15.0MM of collateral, (ii) allocated $10.0MM worth of value away from the Collateral Package and (iii) allocated $6.0MM of the price reduction to the Collateral Package. That said, these changes do have a positive impact on the Collateral Package as we are maximizing its value, and therefore producing a greater a yield on cost for us as the Buyer and a great debt yield and coverage ratios for you as the lender. Furthermore, by removing Shaker Heights, we have eliminated properties with a ground lease and fractional condo ownership.

Attached to this email for your reference are the following documents:

1. Updated sources and uses;
2. Updated purchase price allocations;
3. Updated capital budget summary; and,
4. Updated capital budgets.

After digesting, please let us know what questions you may have. We are here 24/7.

Thanks,
Patrick

**Patrick Perone**
Iron Hound Management Company LLC
600 Lexington Avenue, 25th Floor
New York, NY 10022
O: 646-795-5409
C: 610-428-0999

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, viruses and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, viruses and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.