# EXHIBIT 11

## Underwriting Committee Approval

6/17/2019 17:42

**JP Morgan Chase Bank, N. A.**

### Loan Information

#### Tracking

| | | | |
|---|---|---|---|
| Loan Name: | Roco Multifamily Portfolio | Loan Purpose: | Acquisition |
| Total Loan Amount: | $484,250,000 | Loan Program: | Loan Origination - Securitized/Sale |
| Amount Funded by JPM: | $484,250,000 | Exit Strategy: | Sale - Non-Covered |
| Deal Team: | Elizabeth King, Michelle Yousefian, Alexander Roth | Rate Locked (Y/N): | No |
| Loan Number(s): | 1006168 | Original Closing Date: | 18-Jun-19 |
| HVCRE / IPRE: | No / Yes | Securitization Deal Name: | 02Floating |

#### Underwritten Constraints / Loan Calculations

| | | | |
|---|---|---|---|
| Max LTV: | 82.50% | Underwritten NOI: | $37,533,930 |
| Min DSCR: | 1.40 | Underwritten CF: | $34,673,807 |
| Min Coupon: | 0.00000% | Historic NOI (2018): | $40,571,227 |
| Libor Cap: | 4.00000% | | |

#### Sponsor / Broker

| | | | |
|---|---|---|---|
| Sponsor: | The Chetrit Group | Broker: | Iron Bound Management |
| Recourse Guarantor: | Meyer Chetrit | Contact: | Verrone, Robert |
| Borrowing Entity: | ARLINGTON OWNER LLC; HALLMARK GARDENS OWNER LLC; RIVERSIDE | | |

### Property Information

#### Summary / Appraisal Info / CB Appraisal Group

| | | | | | |
|---|---|---|---|---|---|
| Property Type: | Multifamily | Approach: | As Is | Reviewer: | Various |
| City: | Various | Concluded Value: | $573,535,000 | Acceptable: | Yes |
| State: | VA | Value Per Unit: | $66,144 | Revised Value: | N/A |
| Area/Units: | 8,671 | Direct Cap Rate: | | Revised LTV (Last $): | N/A |
| Occupancy: | 0.00% | FDICIA Value: | $573,535,000 | | |
| Purchase Price: | | FDICIA LTV (Last $): | 84% | | |
| Loan to Cost (Last $): | | Env Phase I Firm: | Partner Engineering | | |

### Capital Structure

#### Tranche Terms

| Tranche Name | Amount | Funding Source | Term | Amort | IO Period | Rate Type | Index | Spread | Coupon |
|---|---|---|---|---|---|---|---|---|---|
| A-Note / Sr. Mortgage | $484,250,000 | JP Morgan | 24 | 0 | 24 | Floating | 30 Day LIBOR | 2.57% | 4.95% |

#### Cumulative Calculations

| Tranche Name | Cumulative Amount | Per Unit | LTV | DSCR | Amort DSCR | UW Debt Yield | Historic Debt Yield (TTM) | Balloon Balance | Balloon LTV |
|---|---|---|---|---|---|---|---|---|---|
| A-Note / Sr. Mortgage | $484,250,000 | $55,847 | 84.43% | 1.43 | 1.12 | 7.75% | 0.00% | $484,250,000 | 84.43% |

#### Tranche Attributes

| Tranche Name | Amortization Type | ARD (Y/N) | ARD Date | Extensions | No of Exten Months | Next Maturity Date | Final Maturity Date | Prepayment Provision | Lockout End Date |
|---|---|---|---|---|---|---|---|---|---|
| A-Note / Sr. Mortgage | Balloon | No | N/A | Y (3) | 12, 12, 12 | 9-Jun-21 | 9-Jun-21 | 5M | 14-Jun-19 |

### Flood Insurance

#### Flood Zone Properties

| Property Name | Flood Zone | Flood Insurance Required | Actual Cash Value | Regulatory Flood Policy | Excess Flood (Acceptable to CIT) | Excess Fld. Deductible | Excess Fld. Ins Exception |
|---|---|---|---|---|---|---|---|
| Riverside Ranch (Student) | Yes | Yes | $12,300,000 | $500,000 | $500,000 | $500,000 | $11,500,000 |
| Arlington Place | Yes | Yes | $15,800,000 | $500,000 | $750,000 | $500,000 | $14,550,000 |
| Hallmark Gardens | Yes | Yes | $5,300,000 | $500,000 | $1,500,000 | $500,000 | $3,300,000 |
| East Gate | Yes | Yes | $7,100,000 | $500,000 | $1,500,000 | $500,000 | $5,100,000 |
| Pebble Creek | Yes | Yes | $11,700,000 | $500,000 | $1,500,000 | $500,000 | $9,700,000 |

#### Flood Zone Comments

Comment

Committee Approval Page 1 of 2

CONFIDENTIAL

JPMC-WF-00154830

| Underwriting Committee Approval | 6/17/2019 17:42 | | | | | | | JP Morgan Chase Bank, N. A. |

## Loan Information

### Tracking

| | | Sponsorship Information | |
|---|---|---|---|
| Loan Name: | Roco Multifamily Portfolio | Loan Purpose: | Acquisition |
| Total Loan Amount: | $484,250,000 | Loan Program: | Loan Origination - Securitized/Sale |
| Amount Funded by JPM: | $484,250,000 | Exit Strategy: | Sale - Non-Covered |
| Deal Team: | Elizabeth King, Michelle Yousefian, Alexander Roth | Rate Locked (Y/N): | No |
| Loan Number(s): | 1006168 | Original Closing Date: | 18-Jun-19 |
| HVCRE: | No / Yes | Securitization Deal Name: | 02Floating |

### Risk Ratings

#### Ratings — Stabilized

| Tranche Name | Libor Cap / Interp Swap | FBI DSCR | DSCR / LTV OG | Derived / Final OG | Default Grade | Derived / Adjusted LGD | Facility Grade | Phantom Rate DSCR / Down-Notch |
|---|---|---|---|---|---|---|---|---|
| Roco Multifamily Portfolio | 4.00% / 1.83% | 1.12 | 6+ / 6- | 6- / 6- | 6- | 25.00% / 25.00% | 6 | n.a. |

### Ratings Comments

| Tranche Name | Comment |
|---|---|
| Roco Multifamily Portfolio | Derived OG has been notched down due to no Libor Cap. Derived OG has been notched down due to Libor Cap calculation. LGD Tree: 25% / Stable, MF 75-90% |

### Program Exceptions

| Tranche Name | LTV Guideline | LTV | DSCR Guideline | DSCR | Stress DSCR Guideline | Stress DSCR | UW DY Guideline | UW DY | Borrower Only Carveouts |
|---|---|---|---|---|---|---|---|---|---|
| Roco Multifamily Portfolio | 80.00% | 84.43% | 1.25 | 1.43 | 0.85 | 0.77 | 8.00% | 7.75% | No |

Indicates Exception

### Exception Comments

| Tranche Name | Comment |
|---|---|
| Roco Multifamily Portfolio | This transaction represents acquisition financing and the Sponsor will be writing a $92mm equity check to complete the purchase. The Sponsor will be bringing in an experienced property manager and will be investing over $37mm in capital expenditures across the portfolio, the dollars for which have all been reserved for upfront. The portfolio has had stable occupancy and cash flow history and multifamily is a strong asset class. The Sponsor believes there is upside in rental growth, occupancy and operational efficiencies post-acquisition, none of which has been underwritten. |

### Signatures

Underwriter
Head of Underwriting
Head of Production
Brian Baker

Production Banker
Trading Desk
Head of Capital Markets
Matthew Gerwitt

Head of Closing and Transaction Management
Credit Officer
Credit Officer

CONFIDENTIAL                                JPMC-WF-00154831