# EXHIBIT 14

```
                    of

 1

 2    ---------------------------------------------------
          REALTIME AND INTERACTIVE REALTIME TRANSCRIPT
 3                  ROUGH DRAFT DISCLAIMER
      ---------------------------------------------------
 4                     IMPORTANT NOTICE:
                      AGREEMENT OF PARTIES
 5    ---------------------------------------------------
      We, the party working with realtime and rough
 6    draft transcripts, understand that if we choose to
      use the realtime rough draft screen or the
 7    printout, that we are doing so with the
      understanding that the rough draft is a
 8    non-certified copy.

 9    We further agree not to share, give, copy, scan,
      fax or in any way distribute this realtime rough
10    draft in any form (written or computerized) to any
      party.  However, our own experts, co-counsel and
11    staff may have limited internal use of same with
      the understanding that we agree to destroy our
12    realtime rough draft and/or any computerized form,
      if any, and replace it with the final transcript
13    upon its completion:

14    Case:    Wells Fargo v. JPMorgan Chase
      Date:    February 19, 2026
15
      REPORTER'S NOTE:
16    Since this deposition has been realtimed and is in
      rough draft form, please be aware that there may
17    be a discrepancy regarding page and line number
      when comparing the realtime screen, the rough
18    draft, rough draft disk, and the final transcript.

19    Also please be aware that the realtime screen and
      non-certified rough draft transcript may contain
20    untranslated steno, reporter's notes in double
      parentheses, misspelled proper names, incorrect or
21    missing Q/A symbols or punctuation, and/or
      nonsensical English word combinations.  All such
22    entries will be correct on the final, certified
      transcript.
23

24    Court Reporter's Name:   KRISTIN KOCH, RPR, RMR, CRR

25
```

```
 1              Rough Draft - Not Certified
 2              THE VIDEOGRAPHER:  We are now on the
 3    record.  The time is 10:07 a.m. on February 19th,
 4    2026.  This begins the videotaped deposition of
 5    Alex Roth taken in the matter of Wells Fargo Bank,
 6    et al., versus JPMorgan Chase Bank, et al., filed
 7    in the United States District Court, Southern
 8    District of New York, case number of which is
 9    1:25-cv-01943 DEH.
10    My name is Adrienne Chemel.  I am your
11    videographer today.  The court reporter is Kristin
12    Koch.  We are representing Esquire Deposition
13    Solutions.
14    Will everyone present please identify themselves
15    and state whom you represent, after which the
16    witness will be sworn in.
17              MR. ADAMS:  Blair Adams from Quinn
18         Emanuel Urquhart & Sullivan on behalf of the
19         plaintiff, Wells Fargo Bank, NA, and I'm
20         joined by my colleague, Mary Trainor, also of
21         Quinn Emanuel.
22              MR. CARTER:  Jonathan Carter, Sullivan
23         & Cromwell for defendant JPMorgan Chase Bank
24         NA.
25              MS. LOACH:  And Jennifer Loach for
```

```
 1              Rough Draft - Not Certified
 2         JPMorgan Chase Bank NA.
 3              THE VIDEOGRAPHER:  Will the court
 4    reporter please swear in the witness, after
 5    which counsel may proceed.
 6  BY MR. ADAMS:
 7       Q.      Good morning.
 8       Q.      Could you state your full name for the
 9  record, please.
10       A.      Sure.  Alexander Roth.
11       Q.      Mr. Roth, have you been deposed before?
12       A.      I have not.
13       Q.      Have you given sworn testimony in any
14  other forum before?
15       A.      No, I haven't.
16       Q.      Have you been interviewed as part of
17  any government investigation?
18       A.      No, I never have.
19       Q.      I am going to quickly go over a couple
20  ground rules.  We are being recorded today.  There
21  is a court reporter here taking down what we are
22  saying and for that reason it is important that we
23  do our best it allow each other to finish speaking
24  before we commence speaking, so I ask you to try
25  to allow me to finish my questions before you
```

```
 1              Rough Draft - Not Certified
 2   in time when this final credit committee memo went
 3   in, correct?
 4        A.    Correct.
 5              MR. ADAMS:  Why don't we go off the
 6        record.
 7              THE VIDEOGRAPHER:  We are going off the
 8        record at 4:05 p.m.
 9              (Recess was taken from 4:05 to 4:19.)
10              THE VIDEOGRAPHER:  We are back on the
11        record at 4:19 p.m.
12        Q.    Do you recall what the outcome was of
13   the first final credit committee meeting for this
14   loan?
15        A.    I don't recall.
16        Q.    Do you have any specific recollection
17   of attending the may 28, 2019 credit committee
18   meeting?
19        A.    I'd assume I attended, but I don't have
20   any recollection of the meeting.
21              (*** Exhibit 25, ***, marked for
22        identification.)
23        Q.    The court reporter has placed in front
24   of you a document marked Exhibit 25, which is an
25   email from Liz King to Joe Geoghan, Michelle
```

```
 1              Rough Draft - Not Certified
 2    Yousefian, yourself and Anthony Shaskus dated may
 3    28, 2019, at 4:13 p.m. and produced at JPMC-WF
 4    191549 to 191550, with the subject Roco committee
 5    follow-up.  Do you see that?
 6         A.    Yes.
 7         Q.    And then do you see in the first email
 8    there is an email from Ms. Yousefian to that same
 9    group showing a loan amount in the left column of
10    529.8 million, and then there is a right column
11    that says loan amount net of reserves for def, M A
12    I N T and value add R E N O V?
13         A.    Yes.
14         Q.    And do you know what is reflected in
15    this chart?
16         A.    Different figures relative to --
17    relevant to the transaction.
18         Q.    If you go to the next page, you see
19    that there is also a closing cost break down?
20         A.    Yes.
21         Q.    Total closing cost of 22.8 million, do
22    you see that?
23         A.    Yes.
24         Q.    And that includes approximately
25    $10 million going to post road and Iron Hound in
```

```
 1                Rough Draft - Not Certified
 2    acquisition fees and brokerage fees?
 3         A.    Yes, I see it.
 4         Q.    Do you recall there being questions
 5    raised about the amount of closing costs
 6    associated with the transaction during the credit
 7    committee?
 8         A.    I don't recall.
 9         Q.    Do you recall questions being raised
10    about that otherwise?
11         A.    Not to my independent recollection
12    other than this email from Joe Geoghan.
13         Q.    Do you recall being aware that Iron
14    Hound and post road would be receiving $10 million
15    out of the loan proceeds as fees prior to this
16    email?
17         A.    I don't recall.
18         Q.    Mr. Geoghan responds can the 6 mil be
19    broken out, who is post road, do you see that?
20         A.    Yes.
21         Q.    Did you know who post road was at this
22    point in time?
23         A.    I was aware it was Borko.
24         Q.    And you understood they were
25    representing the borrower in the transaction?
```

```
 1              Rough Draft - Not Certified
 2       A.    Yes.
 3       Q.    And then Ms. King follows up also we
 4  are -- are we going to try to -- try and get some
 5  kind of summary done of crime reports and sales
 6  comps or answer the diligence question around bank
 7  accounts et cetera for this email or do we want to
 8  follow up on those points.  Do you see that?
 9             MR. CARTER:  I think you misread that.
10       It's bank statements rather than bank
11       accounts.
12       Q.    I agree that it's bank statements.  So
13  let me just reread the question.  Do you see it
14  says are we going to try and get some kind of
15  summary done for crime reports and sales comps or
16  answer the diligence question around bank
17  statements et cetera for this email, or do we want
18  to follow up on those points, do you see that?
19       A.    Yes.
20       Q.    Do you know what Ms. King is referring
21  to when she refers to the diligence question
22  around bank statements?
23       A.    I don't recall the question.
24       Q.    Do you recall there being a request to
25  go back and get bank statements from the borrower
```

```
 1              Rough Draft - Not Certified
 2     related to the portfolio following the may 28
 3     credit committee meeting?
 4              MR. CARTER:  Object to form.
 5         Foundation.
 6         A.    I don't recall.
 7              (*** Exhibit *** , ***, marked for
 8         identification.)
 9         Q.    The court reporter has placed in front
10     of you Exhibit 26, which is an -- sorry.  Which is
11     a message exchange between you and Ms. King dated
12     may 30, 2019, and produced at JPMC-WF 183619.  Do
13     you see that there is a may 30, 2019 email where
14     you say we don't have bank statements, just actual
15     Roco property operating statements and then signed
16     certification of property rent rolls and operating
17     statements by Meyer just asked Patrick and told
18     him this is priority but he says -- said not sure
19     if they have those.  Do you see that?
20         A.    Yes.
21         Q.    Do you recall going back to the
22     representatives of the borrower to ask for bank
23     statements after the credit committee meeting?
24         A.    I don't recall if we specifically did
25     after the credit committee.
```