Application GRANTED. The parties shall adhere to the schedule set forth herein.

The Clerk of Court is respectfully directed to close ECF No. 83.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: March 6, 2026 New York, New York

March 5, 2026

**VIA ECF**
The Honorable Dale E. Ho
U.S. District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

Re: *Wells Fargo Bank, Nat'l Ass'n v. JPMorgan Chase Bank, Nat'l Ass'n et al.*,
Case No. 25-cv-01943 (Related Case No. 23-cv-09972) (S.D.N.Y.),
Joint Request for Extension of Time

Dear Judge Ho:

In accordance with the Court's Individual Rule 2(a) and (e) and paragraph 14 of the Amended Civil Case Management Plan and Scheduling Order, ECF No. 76 ("Order"), the parties jointly request an extension of the remaining discovery deadlines by approximately two weeks.[1] This is Plaintiff's and JPMorgan's second request for an extension of the deadlines, and it is the third request for an extension overall. The Court granted the parties' last extension request on November 20, 2025. *See* ECF 76.

This request arises in part from the parties' need to depose Joseph Chetrit, an affiliate of the borrowers of the loan underlying this dispute, who has been experiencing health issues requiring recent hospitalization. A modest extension is also necessary to allow the parties to finalize discovery responses that may include evidence obtained in Mr. Chetrit's deposition and other recent depositions and recently produced documentary evidence, and to accommodate expert witnesses' schedules. The parties, accordingly, respectfully submit that there is good cause for an extension of just approximately two weeks. The current deadline for the conclusion of fact discovery is set for March 6, 2026. Since the prior extension, the parties produced nearly 20,000 documents and have conducted 18 depositions, four of which occurred just this week. The parties have worked cooperatively during this period, resulting in only two discovery disputes pending before the Court. *See* ECF 77, 80. The parties are continuing to review documents produced in the last few days, further warranting a short extension to allow the parties to address any remaining issues.

---

[1] The parties are Plaintiff Wells Fargo Bank, National Association, as trustee for the benefit of the certificateholders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2019-MFP, Commercial Mortgage Pass-Through Certificates, Series 2019-MFP, acting by and through Situs Holdings, LLC, as special servicer under the Trust and Servicing Agreement, dated as of July 18, 2019 ("Plaintiff") and Defendants JPMorgan Chase Bank, National Association ("JPMorgan") and Meyer Chetrit. Shadow Creek Owner, LLC and 3100 Daniel McCall Drive, LLC were named as defendants but the claims against them have since been voluntarily dismissed. ECF No. 74.

In accordance with the Court's Individual Rule 2(e)(iv), accompanying this letter-motion is a proposed revised Civil Case Management Plan and Scheduling Order reflecting the proposed changes to the Order. The proposed new dates are below for ease of reference.

| Discovery Items | Original Deadlines | Proposed Deadlines |
|---|---|---|
| Completion of all fact discovery (Order, ¶ 7(a)). | March 6, 2026 | March 18, 2026 |
| Deadline to serve all affirmative expert disclosures pursuant to Rule 26(a)(2) (Order, ¶ 8(c)). | March 27, 2026 | April 10, 2026 |
| Deadline to serve all rebuttal expert disclosures pursuant to Rule 26(a)(2) (Order, ¶ 8(d)). | May 8, 2026 | May 21, 2026 |
| Deadline to complete all expert discovery including expert reports and depositions (Order, ¶ 8(b)). | June 11, 2026 | June 26, 2026 |
| Joint status letter due (Order, ¶ 9). | June 12, 2026 | June 29, 2026 |
| Case management conference following close of discovery (Order, ¶ 9). | June 16, 2026 at 2:00 PM | June 30, 2026 at 2:00 PM (*subject to the Court's availability*) |

Pursuant to the Court's Rule 2(e)(vi), annexed hereto as Appendix A is a statement of all discovery requests, responses, and productions made in this action to date.

All parties agree that they will not serve additional discovery requests (including requests for production, requests for admission, or interrogatories) or notice additional depositions, with a reservation of rights to do so if an issue arises from any discovery served or deposition taken after March 6, 2026.

Respectfully Submitted,

s/ *Blair A. Adams*
Blair A. Adams
Evan Hess
Mary Trainor
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
295 Fifth Avenue
New York, NY 10016
(212) 849-7000
blairadams@quinnemanuel.com
evanhess@quinnemanuel.com
marytrainor@quinnemanuel.com

*Counsel for Plaintiff*

/s/ *Jonathan S. Carter*
Robert A. Sacks
Jonathan S. Carter
Gulliver Brady
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10014
(212) 558-4000
sacksr@sullcrom.com
carterjo@sullcrom.com
bradyg@sullcrom.com

*Counsel for Defendant*
  *JPMorgan Chase Bank, N.A.*

s/ *Joseph J. Kammerman*
Brett B. Theis
Christopher A. Gorman
Joseph J. Kammerman
ROSENBERG & ESTIS, P.C.
733 Third Avenue
New York, NY 10017
(212) 867-6000
btheis@rosenbergestis.com
cgorman@rosenbergestis.com
jkammerman@rosenbergestis.com

*Counsel for Defendants Meyer Chetrit,*
  *Shadow Creek Owner, LLC, and*
  *3100 Daniel McCall Drive, LLC*