UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Wells Fargo Bank, Nat'l Ass'n,<br><br>    Plaintiff,<br><br>    v.<br><br>JPMorgan Chase Bank, Nat'l Assn et al.,<br><br>    Defendants. | 25-CV-1943 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court hereby **ADJOURNS** the Case Management Conference in this matter pending resolution of the discovery disputes.  The parties shall meet for a conference on **Thursday, July 9, 2026** at **10:00 a.m.**  The conference will take place via Microsoft Teams.  The parties should dial in by calling 1-646-453-4442 and entering the phone conference ID: 249 704 388 followed by the pound (#) sign.

By **July 1, 2026**, Plaintiff shall file a letter, not to exceed three (3) pages laying out its position regarding the dispute over adding Brian Baker as a JPMorgan custodian.  By the same date, Defendant JPMorgan shall file a letter, not to exceed three (3) pages regarding the deposition of Brian Baker and its anticipated Motion to Compel.  Each party shall have the opportunity to respond in a letter not to exceed three (3) pages on **July 7, 2026**.

SO ORDERED.

Dated: June 29, 2026
          New York, New York

_____
DALE E. HO
United States District Judge