August 20, 2026

**Via ECF**
The Honorable Dale E. Ho
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

Re: *Wells Fargo v. JPMorgan Chase et al.*, 25-cv-01943 (Related Case No. 23-cv-09972)

Dear Judge Ho:

The parties respectfully submit this letter to update the Court on the status of the limited remaining discovery following the parties' July 17, 2026 joint letter to the Court and to propose an agreed upon pre-motion letter schedule regarding summary judgment. ECF 101.

As of July 30, 2026, both parties have produced the documents ordered by the Court. ECF 100. Mr. Baker's deposition has been scheduled for September 11, 2026, the earliest date that Mr. Baker and counsel are available. Plaintiff has also taken four hours of Joseph Chetrit's testimony on July 21 and 22.

With Mr. Baker's deposition now scheduled, the parties propose the following pre-motion letter schedule, and respectfully request that the Court set a pre-motion conference at its earliest convenience following submission of the response letters:

| Event | Proposed Deadline |
|---|---|
| Opening Pre-Motion Letters for Summary Judgment | September 18, 2026 |
| Response to Pre-Motion Letters for Summary Judgment | September 25, 2026 |
| Pre-Motion Conference | The Court's earliest convenience |

The parties thank the Court for its attention to this matter.

Respectfully Submitted,

*/s/ Blair A. Adams*_____
Blair A. Adams
Evan Hess
Mary Trainor
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
295 Fifth Avenue
New York, NY 10016-7103
(212) 849-7000
blairadams@quinnemanuel.com
evanhess@quinnemanuel.com
marytrainor@quinnemanuel.com

*Counsel for Plaintiff*

*/s/ Robert A. Sacks*_____
Robert A. Sacks
Jonathan S. Carter
Gulliver Brady
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10014
(212) 558-4000
sacksr@sullcrom.com
carterjo@sullcrom.com
bradyg@sullcrom.com

*Counsel for Defendant JPMorgan Chase Bank, N.A.*

*/s/ Joseph J. Kammerman*_____
Brett B. Theis
Christopher A. Gorman
Joseph J. Kammerman
ROSENBERG & ESTIS, P.C.
733 Third Avenue
New York, NY 10017
(212) 867-6000
btheis@rosenbergestis.com
cgorman@rosenbergestis.com
jkammerman@rosenbergestis.com

*Counsel for Defendant Meyer Chetrit*