# EXHIBIT B

# In the Matter Of:

Wells Fargo Bank vs JPMorgan Chase Bank

1:25-cv-01943-DEH

---

# ELIZABETH KING

*January 22, 2026*

---

*Confidential*

ESQUIRE
DEPOSITION SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com

E. King

$3.5 million from other income, it says: We rightsized operating expenses by approximately 375 per unit.

Do you see that?

A. Yes.

Q. And there are 10,300 units.

Do you see that?

A. Yes.

Q. So that's -- I'm sure you're better at math than me -- I think that's over 3 and a half million dollars, correct?

A. Yes.

Q. So in total the adjustments to financials that are being provided or being described -- sorry -- let me start the question over.

In total the adjustment to financials that are being described in this second bullet, cover over $7 million, correct?

MR. CARTER: Object to form.

A. Yes. The 375 per unit increase or conclusion of what they -- is what they

E. King

view as what they would want to spend going forward. 11:26 11:26

BY MR. ADAMS: 11:26

Q. And what is your basis for that interpretation? 11:26 11:27

A. It was part of their business plan to increase expenses, to spend more on repairs and maintenance. 11:27 11:27 11:27

Q. Did you ask Mr. Perone when you get this email, what do you mean by rightsize operating expenses? 11:27 11:27 11:27

A. I don't recall. 11:27

Q. Okay. Now, if you flip back to -- hold on -- if you flip back to King Exhibit 2, which is the Brian Carey email from February 1, 2019. Do you have that in front of you? 11:27 11:28 11:28 11:28 11:28

A. Yes. 11:28

Q. You mentioned the cap rates described with respect to the purchase price on Page 2. Could you turn to that? 11:28 11:28 11:28

A. Yes. 11:28

Q. And the cap rate used to determine the purchase price here is 11:28 11:28

E. King

being, along with $20.7 million in immediate and ongoing capital needs and $29.2 million of CapEx. 11:48

Do you see that? 11:48

A. Yes. 11:48

Q. Next he's asked if allocated purchase prices are available. Response that they will be provided. Number 3 is a question about subsidy income. And then if you go to the next page, there is a Question 4. 11:48

Do you see that? 11:49

A. Yes. 11:49

Q. And the question is: Could you please confirm what portion of other income is not being collected? 11:49

Do you see that? 11:49

A. Yes. 11:49

Q. Answer: Various fees that were running through the accrual-based cash flows, provided to us by the seller, were not real or being collected. 11:49

Do you see that? 11:49

A. Yes. 11:49

E. King

Q. Do you have an understanding of what "not real" meant? 11:49 11:49

A. I can't know what Patrick meant by that. 11:49 11:49

Q. Well, were you concerned by the idea that there were meaningful amounts of income flowing through the financial statements that were being described as not real? 11:49 11:49 11:49 11:49 11:49

MR. CARTER: Object to form. 11:50

A. We definitely wanted to make sure we understood it and ask questions and do our due diligence. 11:50 11:50 11:50

Q. "Not real" sounds like fraud, doesn't it? 11:50 11:50

MR. CARTER: Object to form. 11:50

A. I can't know what he meant by saying that. 11:50 11:50

BY MR. ADAMS: 11:50

Q. I'm not asking what he meant. I'm asking what it sounds like to you. 11:50 11:50

A. I -- I -- I wouldn't jump to that conclusion, no. 11:50 11:50

Q. Can you recall any other 11:50

E. King

the financial statements were inaccurate or fraudulent, correct? 04:14 04:14

MR. CARTER: Object to form. 04:14

A. Again, I think it would be best to use to just check the rents from tenants. 04:14 04:14 04:14

(Whereupon, King Exhibit 32, Email exchange Bates Number JPMC-WF-483585 through 483595, was marked for identification.) 04:15 04:15 04:15 04:15

BY MR. ADAMS: 04:15

Q. I'm providing you with a document marked as King Exhibit 32. It's an email exchange between Ms. Yousefian and yourself dated June 10, 2019, forwarding an email from Adam Zuckerman at Situs, with the subject ROCO bank rec, R-E-C. 04:15 04:15 04:15 04:16 04:16 04:16 04:16

A. Yep. 04:16

Q. And Mr. Zuckerman says, in his email -- oh, it was produced at JPMC-WF-483585 to 483595. 04:16 04:16 04:16

And Mr. Zuckerman states: Alex, below find the one month bank to operating 04:16 04:16

E. King

statement reconciliation. 04:16

Do you see that? 04:16

A. Yes. 04:17

Q. And the "Total" column is cut off on the front page, but if you go to page ending in Bates 587 you can see a version that is not cut off. 04:17

A. Okay. 04:17

Q. If you look at the first bank reconciliation for Galloway. 04:17

Do you see that? 04:17

A. Yes. 04:17

Q. There is $31,943 difference identified between operating statements and bank statements. 04:17

Do you see that? 04:17

A. Yes. 04:17

Q. That is approximately a 10 percent difference? 04:17

A. Yes. 04:17

Q. We looked earlier at the underwriting policies for the bank, which said that any difference in bank reconciliation that exceeded 5 percent 04:17

E. King

needed to be addressed, and specifically investigated, correct? 04:17 04:18

MR. CARTER: Object to form. 04:18

A. We looked at that, yes. 04:18

BY MR. ADAMS: 04:18

Q. Do you recall whether you took any steps to investigate the difference related to Galloway? 04:18 04:18 04:18

A. Well, the bank statement is showing more revenue than the operating statement. So that wouldn't be a negative. 04:18 04:18 04:18 04:18

Q. So because the bank statements are inconsistent with the operating statements in a positive way, that's not something needs to be reconciliation? 04:18 04:18 04:18 04:18

MR. CARTER: Object to form. 04:18

A. Well, we already know the operating statements are accrual based, not cash based. So we wouldn't expect them to match exactly. 04:18 04:18 04:18 04:18

BY MR. ADAMS: 04:19

Q. But would that -- would you expect that to make the bank statements 04:19 04:19