# EXHIBIT G

# In the Matter Of:

Wells Fargo Bank vs JPMCB

1:25-cv-01943-DEH

---

## PATRICK PERONE

*January 12, 2026*

---

*Conf.*

ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

available?"

And you say that you'll provide them once they become available, right?

A. Yes.

Q. And then in question 4, Mr. Colella says:

"Could you please confirm what portion of other income was not being collected?" And you respond here in red:

"Various fees that were running through the accrual-based cash flow provided to us by the seller were not real or being collected."

Do you see that?

A. Yes.

Q. So why did you specify that the seller provided accrual-based cash flows?

A. Well, that's how -- that's how those -- that's how those charges were showing up, all -- like, they weren't, like, going in and, like, miss -- my read of it at this time -- and I have no idea what occurred -- is that that they didn't go in and punch in, "Oh, I collected all of this extra revenue." It was automatically happening in their cash-flow statement, which happens in property management software routinely. And on an accrual basis, right, your revenue is grossed up.

To your point earlier in our testimony, where you pointed me to the uncollected portion or whatever it is -- the bad debt on other income, they weren't writing it off properly. If you look at a cash -- if it's accrual versus cash basis, you can see the difference.

Q. Okay. So the --

A. And most real estate operators don't run cash books, so you rely on accrual statements.

Q. Okay. And so the fact that this was accrual-based cash flows was not atypical, right?

A. No. In fact, most -- in buy-sell, most people refuse to provide you with cash statements.

Q. In your experience, why is that?

A. I don't know.

Q. Okay. And what did you mean here by "Were not real or being collected"?

A. Kind of summarized everything we've been discussing for the last six hours.

Q. I'm not sure it's been that long, but --

A. However long it's been.

Q. Subparagraph A, Mr. Colella says:

"Where is the rightsizing captured in the P&Ls?"

Do you see that?

with anyone else at JPMorgan after you sent this email?

A. Correct. I do not recall.

Q. Do you recall whether JPMorgan asked for corrected T12s from ROCO around this time in February of 2019?

MR. BRADY: Objection to form.

A. I do not recall.

BY MR. HESS:

Q. Do you recall asking ROCO for corrected T12s for any reason around this time in February of 2019?

MR. BRADY: Objection to form.

A. It would be atypical. I think it would be hard for somebody to go back in and make all of these journal entries, but I don't know if we asked. I don't recall.

BY MR. HESS:

Q. Sitting here today, you don't know if you asked ROCO for corrected T12s for any reason?

MR. BRADY: Objection.

A. I don't recall.

(Perone Exhibit 19 was received and marked for identification, as of this date.)