# EXHIBIT H

# In the Matter Of:

Wells Fargo Bank vs JPMorgan Chase Bank

1:25-cv-01943-DEH

---

## BORKO MILOSEV

*February 06, 2026*

---

*Confidential*

ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

Please see below in red for answers we discussed.

Do you see that?

A. I do.

Q. You don't have a recollection of discussing these answers with J.P. Morgan?

A. No.

Q. If you look at, on the second page here, number four, the question is: Could you please confirm what portion of other income was not being collected?

Do you see that?

A. Yes.

Q. Mr. Perone's response in red was various fees that were running through the accrual based cash flows provided to us by the seller were not real.

Do you see that?

A. Yes.

Q. You agree with that characterization?

A. I think second part is being collected is more accurate.

Q. And why do you think that's more

accurate?
A. I mean those are real charges. They were just never written off.
Q. Right.
A. I don't know. It seems like you're getting hung up on this. It sounds like it's important --
Q. I'm just asking you --
A. -- distinction.
Q. I'm just asking you how you would characterize it.
A. I think -- I think we're being technical. I think this or collected is better characterization.
Q. Essentially you would agree with the characterization that the financial statements had various fees that weren't being collected; right?
A. Yes.
Q. So they showed them as being collected?
A. Yes.
Q. They were not being collected?
A. Yes.