# EXHIBIT I

# In the Matter Of:

Wells Fargo Bank vs JPMorgan Chase Bank

1:25-cv-01943-DEH

---

## MICHELLE STROMBERG

*February 26, 2026*

---

*Conf.*

ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

form.

THE WITNESS: That answer doesn't clarify -- sorry. Can you just ask me the question again?

BY ATTORNEY ADAMS:

Q. Yeah, sure.

The answer that Mr. Perone provides in this email does not clarify why $3.5 million of other income was not being collected, correct?

ATTORNEY CARTER: Object to form.

THE WITNESS: He's saying [as read]:

"Various fees that were running through the accrual-based cash flows by the seller were not real or were not being collected."

That's his explanation.

BY ATTORNEY ADAMS:

Q. But you don't know what he meant by "not real"?

A. Yeah, I don't know what he means by "not real."

Q. So, again, his answer does not provide clarification that is sought in the question, correct?

ATTORNEY CARTER: Object to form.

THE WITNESS: The answer doesn't provide -- I mean, he's answering -- the question is asking [as read]:

"What portion of other income was not being collected?"

He's saying [as read]:

"Various fees that were running through the accrual-based cash flows provided to us by the seller were not real or being collected."

I mean, he's giving an answer to a question.

Are you asking me if he's giving a sufficient answer to the question?

BY ATTORNEY ADAMS:

Q. Was it sufficient from your perspective as an underwriter on this

transaction?

ATTORNEY CARTER: Object to form.

THE WITNESS: I don't remember. I mean -- (sotto voce.)

I mean, he's saying that -- (sotto voce.)

- - -

(Stenographer clarification.)

- - -

THE WITNESS: Oh, got it. Let me just think for a second, then.

Sorry. What's your question again?

BY ATTORNEY ADAMS:

Q. Was the explanation that Mr. Perone provided in this email related to the other income issue sufficient from your perspective as an underwriter on this transaction?

ATTORNEY CARTER: Object to form.

THE WITNESS: Yes, I think it's sufficient.

He's saying there were various fees that were not potentially real or

being collected. I think we'd ask more about, like, the numbers.

But it's an answer. I mean, you can always ask for more clarification.

BY ATTORNEY ADAMS:

Q. So in your view, sitting here today, once you got this answer, you didn't have to do any further investigation with respect to other income; is that correct?

ATTORNEY CARTER: Object to form. Misstates testimony.

THE WITNESS: No. You would still ask more questions based on that response.

BY ATTORNEY ADAMS:

Q. You'd want to know how they figured out it was 3.5 million that wasn't being collected and not some other number, correct?

ATTORNEY CARTER: Object to form.

THE WITNESS: Yes.

BY ATTORNEY ADAMS:

Q. You'd want to know if the information that was reflected on the financial statements showing that $3.5 million as income was

accurate or inaccurate, correct?

ATTORNEY CARTER: Object to form.

THE WITNESS: Yes.

BY ATTORNEY ADAMS:

Q. You would want to know if the $3.5 million reflected on historical financial statements showing that 3.5 million as income was intentionally inaccurate or fraudulent, correct?

ATTORNEY CARTER: Object to form.

THE WITNESS: You'd want to know about the other income. You would ask questions about it, yes.

BY ATTORNEY ADAMS:

Q. Well, to be clear, if you're getting historical financial statements that contain intentionally inaccurate information, that's something you would want to know up front, correct?

ATTORNEY CARTER: Object to form.

THE WITNESS: If I was getting financial statements that were

intentionally inaccurate, yes, I would want to know.

But they're not saying they're intentionally inaccurate.

BY ATTORNEY ADAMS:

Q. Right.

They're just saying they're not -- the numbers in them aren't real.

ATTORNEY CARTER: Object to form.

BY ATTORNEY ADAMS:

Q. -- correct?

ATTORNEY CARTER: Object to form.

THE WITNESS: They're saying they're not real or being collected and they're accrual cash flows.

BY ATTORNEY ADAMS:

Q. And so, again, you would want to know at this point in time if "not real" meant there was something intentionally misrepresented in the historical financials, correct?

ATTORNEY CARTER: Object to form.

THE WITNESS: Yes. I would ask