# EXHIBIT J

**In the Matter Of:**

Wells Fargo Bank vs JPMorgan Chase Bank

**JOSEPH GEOGHAN**

*March 05, 2026*

*Confidential*

ESQUIRE
DEPOSITION SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com

Geoghan

to the email sent by Mr. Colella in Exhibit 6, and it was produced at IRONHOUND16080 to 16082.

Starting with Exhibit 6, do you see that Mr. Colella is responding to the email from Mr. Perone that we have been talking about that explains the price reduction?

A. I see that.

Q. Okay. And then do you see in Mr. Colella's response email that he says, "Could" we -- "Could you please confirm" the portion -- "what portion" -- let me read that better.

Can you see that in Mr. Colella's email, he asks, "Could you please confirm what portion of other income was not being corrected?"

A. I see that.

Q. Okay. And then there is a 4A that says, "Where is the rightsizing captured in the P&Ls?"

Do you see that?

A. I see that.

Q. Were you involved in preparing these questions to send in response to Mr. Perone's

Geoghan

email?

A. I don't recall being involved.

Q. Okay.

Since you weren't responsible for due diligence, do you expect that you would have been involved?

A. These folks doing diligence? No, I don't think I would be involved with that.

Q. Okay. Now, if you turn to Exhibit 7, you see Mr. Perone says in response to Mr. Colella's email that we just looked at, "Hi, John, nice speaking. Please see below in red for the answers we discussed."

Do you see that?

A. I see that.

Q. And then if you go to number 4, do you see where it says, "Could you please confirm what portion of the other income was not being collected?"

A. Yes, I see that.

Q. And then the response is, "Various fees that were running through the accrual-based cash flows provided to us by seller were not real or being collected."

Geoghan

Do you see that?
A. I see that.
Q. Okay. Do you recall receiving this email?
A. I don't.
Q. When a financial statement reflects as income fees that are not real, that is not accurate, correct?
MR. SACKS: Objection, vague.
A. I'm not going to get into accounting.
Q. You can't testify one way or another as to whether the reporting of other income that is not real would be a mistake in the accounting?
MR. SACKS: Objection, vague, argumentative, calls for speculation.
A. I don't want to speculate.
Q. You don't have any understanding of what it means for other income to not be real?
MR. SACKS: Objection, vague.
A. Can you restate your question?
Q. Do you have any understanding of what it means for other income to not be real?

Geoghan

A. Honestly, I don't know what you mean.

Q. Well, I'm using the words from the e-mail.

Does that mean that you don't know what the email means?

A. I didn't write this email, and I wasn't involved in this stage of the due diligence.

Q. But you received the email, correct?

A. I see that I'm copied.

Q. But you don't have an understanding of what "not real" means in respect of reported other income?

A. I wasn't involved in that part of the due diligence.

Q. If you were told that the financial statements that you were relying on included income that was not real, would that concern you?

MR. SACKS: Objection to the form.

A. I don't want to speculate.

Q. Without speculating, you can't say one way or another whether you would be

Geoghan

concerned if you were told that several million dollars of income in financial statements that you were relying on was not real?

MR. SACKS: Objection.

A. I'm not going to speculate on that.

Q. That's not the type of statement from a prospective borrower that would cause you to stop a transaction, is that correct?

MR. SACKS: Objection.

A. I'm not going to speculate on it.

Q. Aside from this email, how many times have you been told by a prospective borrower that they were giving you financial statements that contained income that was not real?

MR. SACKS: Objection.

A. I've been doing this for 25 years. It's hard to say. It happens.

Q. Okay. So you've been told in other circumstances that you have financial statements that contain income that is not real?

MR. SACKS: Objection.

A. Yes, that happens.

Q. Okay. Can you think of any specific