# EXHIBIT L

Message

**From:** Patrick D'Sa [patrick.dsa@situs.com]
**Sent:** 3/12/2019 9:39:44 PM
**To:** Yousefian, Michelle [michelle.yousefian@jpmorgan.com]; Queenie Berriz [queenie.berriz@situs.com]; Adam Zuckerman [adam.zuckerman@situs.com]; Adriana Boudreaux [adriana.boudreaux@situs.com]; Jacqueline Helms [Jacqueline.Helms@situs.com]
**CC:** King, Elizabeth A [elizabeth.king@jpmorgan.com]; Roth, Alexander [alexander.roth@jpmchase.com]
**Subject:** RE: AUP - Roco Multifamily Portfolio

Hi Michelle:

Thank you for thinking of us. Situs can accept the assignment. Based on the scope of work and timing, our fee will be **$4,500** per property or **$211,500** for the 47-property portfolio.

**Portfolio:**
The Roco Portfolio comprises 47 multi-family properties located in 10 states (Ohio, Indiana, Texas, Mississippi, Florida, Tennessee, Alabama, Arkansas, Illinois and Louisiana).

**Timing:**
Provide preliminary underwriting model by March 29th assuming timely delivery of key diligence. Complete scope of work by April 15th 2019.

**Scope of Work:**
For each Property, the scope of work will encompass:

1. Reconciliation of Detailed Historical Operating Statements for YE2014 through YE2018 and TTM by month through February 2019 and 2019 Sponsor Budget.
2. Review Unit Mix Reports.
3. Review Occupancy History for 2014 through 2018 and TTM 2019.
4. Review breakdown of Other Income.
5. Prepare a detailed Variance Memo.
6. Complete Real Estate Verification (2016, 2017 and 2018).
7. Review Management Agreement(s).
8. Review Standard Lease Form.
9. Lease Sampling – Test all terms in 15 random Leases to Rent Rolls.
10. Identify and Explain Delinquent Tenants (collections report).
11. Test Ground Lease to Historical Operating Statements (if applicable).
12. Review schedule of Cap Ex for 2016 – 2018 and Budgeted 2019.
13. Review Appraisal
14. Complete Real Estate Tax Escrow Analysis.

**Deliverables:**
Our deliverables will include:
UW Model:

1. Reconciliation of detailed operating statements for YE2014 through YE2018, TTM by month through February 2019, 2019 Budget and Appraisal Year 1.
2. Unit Mix Reports.
3. Real Estate Tax Verification.
4. Replacement Reserve Analysis (sourced from PCA reports).

Real Estate Tax Escrow:

1. Real Estate Tax Escrow Analysis Schedule.

Lease Sampling:
1. Lease Sampling Summary Schedule.

**Site Inspections – (optional):**
As discussed, we can assist you with site inspections. Fees will range $350 to $500 per inspection. Number of inspections to be determined at a later date.

Please note that these services and fees are conditioned on the following. Our services would be prepared for JPM's sole use and no other purpose or party. JPM will determine the information and presentation it deems appropriate and sufficient for its lending purposes. Any third party who receives the deliverables is not authorized to rely on it without a separate written agreement. Finally, unless expressly agreed in writing before performance of the services, these services are not intended for purposes of the Rules 15Ga-2 and 17g-10 of the Securities Exchange Act and so Situs will not provide a Form ABS Due Diligence 15E.
If this proposal is accepted, it will serve as a Schedule to our Master Services Agreement dated July 29, 2013.

Kindly confirm acceptance via email as authorization for us to proceed. We look forward to working with you again.

I will traveling tomorrow and Thursday, returning to the office on Friday. In my absence, please reach out to Queenie Berriz.

Kind regards,

Patrick

---

**From:** Yousefian, Michelle [mailto:michelle.yousefian@jpmorgan.com]
**Sent:** Tuesday, March 12, 2019 1:26 PM
**To:** Patrick D'Sa <patrick.dsa@situs.com>; Queenie Berriz <Queenie.Berriz@situs.com>; Adam Zuckerman <adam.zuckerman@situs.com>; Adriana Boudreaux <Adriana.Boudreaux@situs.com>; Jacqueline Helms <Jacqueline.Helms@situs.com>
**Cc:** King, Elizabeth A <elizabeth.king@jpmorgan.com>; Roth, Alexander <alexander.roth@jpmchase.com>
**Subject:** RE: AUP - Roco Multifamily Portfolio

Patrick – I called you back. I am at my desk.

Thanks,
Michelle

**Michelle Yousefian** | CMBS Originations | **J.P. Morgan** | 383 Madison Avenue, New York, United States | T: 212.834.3154 | michelle.yousefian@jpmorgan.com

---

**From:** Patrick D'Sa [mailto:patrick.dsa@situs.com]
**Sent:** Tuesday, March 12, 2019 12:52 PM

**To:** Yousefian, Michelle; Queenie Berriz; Adam Zuckerman; Adriana Boudreaux; Jacqueline Helms
**Cc:** King, Elizabeth A; Roth, Alexander
**Subject:** RE: AUP - Roco Multifamily Portfolio

Michelle – tried to reach you. Can you please give me a call to discuss.

Best,

Patrick

---

**From:** Yousefian, Michelle [mailto:michelle.yousefian@jpmorgan.com]
**Sent:** Tuesday, March 12, 2019 10:57 AM
**To:** Patrick D'Sa <patrick.dsa@situs.com>; Queenie Berriz <Queenie.Berriz@situs.com>; Adam Zuckerman <adam.zuckerman@situs.com>; Adriana Boudreaux <Adriana.Boudreaux@situs.com>; Jacqueline Helms <Jacqueline.Helms@situs.com>
**Cc:** King, Elizabeth A <elizabeth.king@jpmorgan.com>; Roth, Alexander <alexander.roth@jpmchase.com>
**Subject:** AUP - Roco Multifamily Portfolio

Hi Patrick and team,

We just won a $529.8mm acquisition loan for a 47-property multifamily portfolio and would like to engage Situs to deliver an AUP. Can you please take a look at the scope of work for the Carefree portfolio you worked on for us and update it for a multifamily portfolio and also provide your pricing for this assignment?

Attached is the property tape for the deal and preliminary memo.

Thanks,
Michelle

**Michelle Yousefian** | CMBS Originations | **J.P. Morgan** | 383 Madison Avenue, New York, United States | T: 212.834.3154 | michelle.yousefian@jpmorgan.com

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidentiality, legal privilege, viruses and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidentiality, legal privilege, viruses and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.