# EXHIBIT O

Message

**From:** Patrick Perone [Patrick.Perone@ironhoundmgmt.com]
**Sent:** 5/6/2019 9:00:09 PM
**To:** Yousefian, Michelle [michelle.yousefian@jpmorgan.com]; Roth, Alexander [alexander.roth@jpmchase.com]
**CC:** King, Elizabeth A [elizabeth.king@jpmorgan.com]; Borko Milosev [borko@postroadmgmt.com]; Srdjan Milosev [serge@postroadmgmt.com]
**Subject:** Additional Round of Questions - RE: ROCO Portfolio

**Importance:** High

Hi Michele / Alex,

Please see below for answers to your additional round of questions.

For organizational purposes, I am going to be compiling all of our questions and answers in one excel tracking sheet.

I know I have a few more emails to get back to you on, which I will do this evening/tomorrow morning.

Thanks,
Patrick

Patrick | 646-795-5409

**From:** Yousefian, Michelle [mailto:michelle.yousefian@jpmorgan.com]
**Sent:** Thursday, April 25, 2019 5:01 PM
**To:** Patrick Perone <Patrick.Perone@ironhoundmgmt.com>
**Cc:** King, Elizabeth A <elizabeth.king@jpmorgan.com>; Roth, Alexander <alexander.roth@jpmchase.com>; Borko Milosev <borko@postroadmgmt.com>; Serge Milosev <serge@postroadmgmt.com>
**Subject:** Additional Round of Questions - RE: ROCO Portfolio

Patrick,

Have you had a chance to get responses to the below questions that were denoted as "pending"? A couple of additional questions –

***General Questions***

- What is the timeline for deploying the capital for the building value-add improvements? – Immediately. The plan is to start collecting bid proposals the first day after acquisition.
- For the overall portfolio, the 2019B shows Other Income of $3.3mm, whereas TTM March 2019 has Other Income of $6.3mm. Based on our review of the individual models, the primary drivers for this significant decline are reduced Termination Fees and reduced Cleaning and Damages Fees. Can you please elaborate what Cleaning and Damage Fees captures and how you intend to reduce that number post acquisition? How was the Termination Fee line item projected for the 2019 Budget? – We believe those line items are higher than what we have historically experienced so we took more conservative approach.
- On the site tours, it was mentioned that ROCO uses a platform/strategy called "Lease Lock," whereby in lieu of a security deposit, a tenant has to pay an incremental $50-$75 depending on how "risky" they are. Can you please elaborate on this? Will Lease Lock still be used post-acquisition or will tenants be required to post a security deposit? – We do not plan to continue with "Lease Lock" practice. Tenants will be required to post security deposit.
- With the value-add unit renovations and the base-building renovations, is any cash flow displacement anticipated? – None anticipated.
- Please clarify what these abbreviations on the rent roll represent
    - RISKMIT – Risk mitigation fee (like an in-house insurance fund).
    - RISKCON – The waiving of the risk mitigation fee.

  - SHORT – Short term fee for a short term lease (i.e. 3 months)
  - COUROFF – Represents a courtesy officer or a security patrol man at the site.
- Are the asset summaries available yet? – Pending. To be provided shortly.
- When will the rest of the revised ESAs be available on the data site? – The majority of the revised ESA's have been provided in the data room. The four properties requiring additional radon testing will be uploaded soon.

***Asset-Specific Questions***

- *Loganberry* – on the site tour we were informed that building 6 caught fire in August 2018 and then again in early 2019. How long has this building been vacant? What is the timeline for the building to be back online? Has insurance covered the damages? – The first fire was in August 2018. The timeline to get units back online is approximately 5-8 months. We believe insurance has covered the damages.
- *Kensington Square* – on the site tour we were informed that one of the buildings caught fire in early 2019. How many units are offline? What is the timeline for the units to be back online? Has insurance covered the damages? – As per the PCR, two units sustained fire damage. If current ownership does not have this situation corrected by closing, we will make this an immediate priority to do so.
- *Parkside Gardens* – your excel "Unit Count" file shows 302 units, but the rent roll only shows 301 units. Please clarify the discrepancy. – Pending. To be provided shortly.
- *Aristocrat* - Where in the financials is ground rent expense captured? – Previously answered. It is not captured and the annual expense is $20,000.
- *Steeplechase* – Why is Cable Income- Upfront Payments anticipated to decline from $376,029 as of TTM March 2019 to $0 for 2019B? – The referenced cable income line item was a one-time payment and is not expected to occur on an on-going basis.

Thanks,
Michelle

**Michelle Yousefian** | CMBS Originations | **J.P. Morgan** | 383 Madison Avenue, New York, United States | T: 212.834.3154 |
michelle.yousefian@jpmorgan.com