quinn emanuel trial lawyers | new york
295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

APPLICATION GRANTED. The Court will maintain ECF No. 109 under temporary seal pending DBSI's motion for permanent sealing.

The Clerk of Court is respectfully directed to terminate ECF No. 108. SO ORDERED.

Dated: September 29, 2026
New York, New York

Dale E. Ho
United States District Judge

September 25, 2026

**Via ECF**
The Honorable Dale E. Ho
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

Re: *Wells Fargo v. JPMorgan Chase et al.*, 25-cv-01943 (Related Case No. 23-cv-09972)

Dear Judge Ho:

We write as counsel to Plaintiff in the above-referenced action to move on behalf of Plaintiff pursuant to Rule 6.d of Your Honor's Individual Rules and Practices in Civil Cases to redact limited portions of Plaintiff's concurrently filed response to JPMorgan's pre-motion letter for summary judgment and seal Exhibit 7 thereto.

Plaintiff's response contains references to a document third-party Deutsche Bank Securities Inc. ("DBSI") has produced and designated Confidential. We conferred with DBSI's counsel via email in an effort to narrow the scope of the sealing request and advised that per Rule 6.d(i) of Your Honor's Individual Rules and Practices in Civil Cases, DBSI has three business days to submit its letter motion to seal.

Given DBSI has designated this referenced document as Confidential under the Protective Order, Plaintiff requests that the Court permit limited redaction of this material. Plaintiff takes no position on whether this information should remain sealed.

Sincerely,

Blair A. Adams