UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wells Fargo, National Association,

Plaintiff,

v.

JPMorgan Chase Bank, National Association, et al.,

Defendants.

25-CV-1943 (DEH)

ORDER

DALE E. HO, United States District Judge:

In light of the parties' October 27, 2026 Joint Letter, ECF No. 118, trial in this matter is scheduled for two weeks, from **July 12** to **July 23, 2027**. The Court will hold a Final Pretrial Conference at **2:00 p.m.** on **July 8, 2027**, in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. Pursuant to Individual Rule 5, the parties shall file a joint pretrial statement and other required materials by **June 8, 2027**.

The parties will also be directed to submit Supplemental Proposed Findings of Fact and Conclusions of Law after trial, and the Court will subsequently hold closing argument. The parties are directed to submit a joint letter no later than **November 6, 2026** proposing a deadline for the post-trial Supplemental Findings of Fact and Conclusions of Law and a date for the subsequent closing argument.

SO ORDERED.

Dated: October 30, 2026
New York, New York

DALE E. HO
United States District Judge